perlres Page 1 of 1
Omni Innovations LLC et al v. BMG Music Publishing NA Inc et al Doc. 4
Case 2:06-cv-01350-JCC   Document 4   Filed 10/20/2006   Page 1 of 1

06-CV-01350-LTR

```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

      OCT 20 2006          DB

           AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
                               DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC; ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> BMG MUSIC PUBLISHING NA, INC., A NEW YORK CORPORATION; ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> C06-1350JCC <br><br> AFFIDAVIT OF SERVICE OF: <br> SUMMONS IN A CIVIL CASE; COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **10th day of October, 2006, at 2:55 PM**, at the address of **382 CHANNEL Drive , PORT WASHINGTON, Nassau County, NY** ; this affiant served the above described documents upon **ANDREW GOLDBERG**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **BILL LANE (M,W,BLK/GY,46,5'10",185), GENERAL COUNCIL**, a person of suitable age and discretion who stated the above address to be the verified place of employment of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

_____
JOHN SAVAGE, SUFFOLK NEW YORK

SUBSCRIBED AND SWORN to before me this 11th day of October, 2006

_____
NOTARY PUBLIC in and for the State of **New York**

SUSAN CORTINA
Notary Public, State of New York
Qualified in Suffolk County
No. 01CO6047...
Commission Expires September 5, 20__

| | | |
|---|---|---|
| ABC's Client Name <br> **Merkle, Siegel & Friedrichsen** <br> **Omni v. BMG** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **8023058** |