

06-CV-01350-MEM

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 20 2006  DB

AT SEATTLE
K U.S. DISTRICT COURT
DISTRICT OF WASHINGTON
DEPUTY

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

OMNI INNOVATIONS, LLC; ET AL.,

Plaintiff/Petitioner

vs.
BMG MUSIC PUBLISHING NA, INC., A
NEW YORK CORPORATION; ET AL.,

Defendant/Respondent

Hearing Date:

CAUSE NO. C06-1350JCC

DECLARATION OF SERVICE OF:
SUMMONS IN A CIVIL CASE; COMPLAINT

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **10th day of October, 2006, at 2:55 PM**, at the address of **382 CHANNEL Drive, PORT WASHINGTON**, Nassau County, **NY 11050**; this declarant served the above described documents upon **PUBLISHERS CLEARING HOUSE, INC.,**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **BILL LANE (M,W,BLK/GY,46,5'10",185), GENERAL COUNCIL**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **11th** day of October, 2006.

JOHN SAVAGE, SUFFOLK NEW YORK

ABC's Client Name
**Merkle, Siegel & Friedrichsen**
**Omni v. BMG**

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: **8023059**