1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8            WESTERN DISTRICT OF WASHINGTON, SEATTLE

9   **OMNI INNOVATIONS, LLC, a**         **NO.** 06-01350
    **Washington Limited Liability**

10   **company; and JAMES S. GORDON,**
    **JR., a married individual,**

11                        **NOTICE OF WITHDRAWAL AND**
                 **Plaintiffs,**     **SUBSTITUTION OF COUNSEL**

12     `   v.

13   **BMG COLUMBIA HOUSE, INC., a**
    **New York corporation; STUART**

14   **GOLDFARB and JANE DOE**
    **GOLDFARB, individually and as part**

15   **of their marital community; and**
    **JOHN DOES, I-X,**

16

17                   **Defendants,**

18

19   TO:        Clerk of Court

20   AND TO:     Defendants, and their attorneys

21

22        PLEASE TAKE NOTICE that i.Justice Law, P.C. is hereby substituted for Merkle,

23 Siegel, & Friedrichsen, P.C. as counsel of record for Plaintiffs James S. Gordon and Omni

24

25 NOTICE OF WITHDRAWAL AND SUBSTITUTION
   OF COUNSEL -1

                                  **i.Justice Law, P.C.**
                        **1325 Fourth Ave., Suite 940**
                               **Seattle, WA 98101**
                        **Phone: 206-304-5400**
                           **Fax: 206-624-0717**

Dockets.Justia.com

1   Innovations, LLC in this matter. Copies of all further papers and proceedings herein, except

2   original service of process, shall be served upon the undersigned at the following address:

3                                   Robert J. Siegel
                                    i.Justice Law, P.C.
4                            1325 Fourth Avenue, Suite 940
                                   Seattle, WA 98101
5                                  Phone: 206.304.5400
                                    Fax: 206.624.0717
6

7

8   Dated: January 17, 2007

9                                                                      i.JUSTICE LAW, P.C.

10                                                      BY: /S/ ROBERT J. SIEGEL
                                                           ROBERT J. SIEGEL, WSBA #17312
11                                                            ATTORNEY FOR PLAINTIFFS

12

13

14       The undersigned consents to his withdrawal as counsel for Plaintiffs and to the

15   substitution of i.Justice Law, P.C. as counsel for Plaintiffs.

16

17       Dated: January 17, 2007

18                                                MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.

19

20                                                      BY: /S/ ROBERT J. SIEGEL
                                                           ROBERT J. SIEGEL, WSBA #17312
21

22

23

24

25   NOTICE OF WITHDRAWAL AND SUBSTITUTION          **i.Justice Law, P.C.**
     OF COUNSEL -2                                  1325 Fourth Ave., Suite 940
                                                    Seattle, WA 98101
                                                    Phone: 206-304-5400
                                                    Fax: 206-624-0717

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: all Parties

I.JUSTICE LAW, P.C.

DATE: JANUARY 17, 2007

BY: /s/ ROBERT J. SIEGEL
ROBERT J. SIEGEL
WASHINGTON BAR NO. 17312
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WA 98101
TELEPHONE: 206.304.5400
FAX: 206.624.0717
BOB@IJUSTICELAW.COM

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL -3

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717