UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS LLC, et al.,

        Plaintiffs,

    v.

BMG COLUMBIA HOUSE., et al.,

        Defendants.

CASE NO. C06-1350C

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Plaintiffs' Second Amended Complaint (Dkt. No. 10). Plaintiffs' Second Amended Complaint is not in compliance with Federal Rule of Civil Procedure 15(a). Rule 15(a) provides that a party may file an amended pleading before the responsive pleading is filed as a matter of course *only once*. Otherwise leave of court or written consent of the adverse party is required. Plaintiffs have already amended their complaint once. Accordingly, Plaintiffs' Second Amended Complaint is hereby STRICKEN.

    DATED this 22nd day of March, 2007.

                  BRUCE RIFKIN, Clerk of Court

                  By   */s/ C. Ledesma*
                      Deputy Clerk

MINUTE ORDER – 1