1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

8

9

10

**OMNI INNOVATIONS, LLC, a
Washington Limited Liability
company; and JAMES S. GORDON,
JR., a married individual,**

**NO.** CV6-1350 JCC

**STIPULATION ALLOWING
FILING OF [SECOND]
AMENDED COMPLAINT**

11

                          **Plaintiffs,**

                v.

12

13

14

**BMG COLUMBIA HOUSE, INC., a
New York corporation; and JOHN
DOES, I-X,**

15

                          **Defendants,**

16

**STIPULATION**

17

        Plaintiffs and Defendant, and by and through their undersigned attorneys of record

18

19

hereby stipulate that Plaintiffs shall be granted leave to file the attached Second Amended

20

Complaint.  Such leave shall be without prejudice to Defendants' right to file a motion to dismiss

or file such other responsive pleading provided for under the Federal Rules of Civil Procedure.

21

22

23

24

25

STIPULATION ALLOWING FILING OF SECOND
AMENDED COMPLAINT  -1

**i.Justice Law, P.C.**
**1325 Fourth Ave., Suite 940**
**Seattle, WA 98101**
**Phone: 206-621-5804**
**Fax: 206-624-0717**

1

2

3

DATED April 2, 2007                          DATED April 2, 2007
**i.JUSTICE LAW, P.C.**                      **NEWMAN & NEWMAN ATTORNEYS AT**
                                             **LAW, LLP**

/s/ Robert J. Siegel                         /s/ Roger M. Townsend
Robert J. Siegel (17312)                     Roger M. Townsend (WSBA #25525)
Attorneys for Plaintiffs                      Attorneys for Defendants
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509

---

**Certificate of Service**

I, hereby, certify that on April 2, 2007, I filed the attached pleading with this Court via approved electronic filing, and served the following:
Attorneys for Defendants: Derek Newman, Roger Townsend, Newman & Newman.

**i.Justice Law, PC**
1325 Fourth Ave., Suite 940
Seattle, WA 98101

/s/ Robert J. Siegel

Attorneys for Plaintiffs.

STIPULATION ALLOWING FILING OF SECOND
AMENDED COMPLAINT  -2