# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of April, 2007, I electronically filed the foregoing **DEFENDANT BMG COLUMBIA HOUSE, INC.'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

**Via Notice of Electronic Filing to:**

Robert Siegel, Esq.
i.Justice Law, P.C.
Email: bob@ijusticelaw.com

Douglas McKinley
Law Office of Douglas E. McKinley, Jr.
Email: doug@mckinleylaw.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct and that this declaration was executed on April 16, 2007 at Seattle, Washington.

_____
Jesus Ocampo Jr.

CERTIFICATE OF SERVICE - 6