The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington limited liability company; JAMES S. GORDON, JR., a married individual,<br><br>                Plaintiffs,<br><br>   v.<br><br>BMG COLUMBIA HOUSE, INC. A New York corporation; and JOHN DOES, 1-X,<br><br>                Defendants. | NO. 06-cv-01350-JCC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BMG'S MOTION TO STAY** |

THIS MATTER comes before the Court on the Motion of Defendant BMG Columbia House, Inc. to stay proceedings in the above-captioned matter until this Court enters judgment in <u>Gordon et al. v. Virtumundo et al.</u>, No. CV06-0204JCC, W.D.Wash. (Coughenour, J.) ("<u>Gordon</u>"). Having reviewed the Second Amended Complaint in the above-captioned matter, as well as the instant motion, Plaintiffs' response, and Defendant's reply, and also having reviewed the docket in <u>Gordon</u> and the pleadings related thereto, the Court finds and rules as follows:

The Court finds that substantially similar and material facts are being adjudicated in another proceeding which is closely related to this case. Accordingly, the Court orders this entire lawsuit be stayed pending resolution of <u>Gordon</u>.

[PROPOSED] ORDER GRANTING DEF. BMG'S MOT. TO STAY - 1 [06-cv-01350-JCC]     **NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**     505 Fifth Ave. S., Ste. 610<br>Seattle, Washington 98104<br>(206) 274-2800

Dockets.Justia.com

1  DATED this _____ day of _____, 2007.

4  _____
5  HONORABLE JOHN C. COUGHENOUR
   UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEF.
BMG'S MOT. TO STAY - 2 [06-cv-01350-JCC]

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800