# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of May, 2007, I electronically filed the foregoing **DEFENDANT BMG COLUMBIA HOUSE, INC.'S MOTION TO STAY THIS LITIGATION, PROPOSED ORDER GRANTING DEFENDANT BMG'S MOTION TO STAY AND CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

**Via Notice of Electronic Filing to:**

Robert Siegel, Esq.
i.Justice Law, P.C.
Email: bob@ijusticelaw.com

Douglas McKinley
Law Office of Douglas E. McKinley, Jr.
Email: doug@mckinleylaw.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct and that this declaration was executed on May 8, 2007 at Seattle, Washington.

Jesus Ocampo Jr.

CERTIFICATE OF SERVICE