The Honorable John C. Coughenour

1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**
                        **WESTERN DISTRICT OF WASHINGTON**
9                                   **AT SEATTLE**

10   OMNI INNOVATIONS, LLC, a                NO.  06-cv-01350-JCC
     Washington limited liability company;
11   JAMES S. GORDON, JR., a married         **REPLY IN SUPPORT OF**
     individual,                             **DEFENDANT BMG'S MOTION TO**
12                                           **STAY THIS LITIGATION**

13                          Plaintiffs,      NOTE ON MOTION CALENDAR:
                                             May 25, 2007
14         v.

15   BMG COLUMBIA HOUSE, INC., a New
     York corporation; and JOHN DOES, 1-X,
16
                           Defendants.
17

18         Defendant BMG Columbia House, Inc. ("BMG") moved to stay this lawsuit

19   pending resolution of another lawsuit brought by Plaintiffs James S. Gordon, Jr.

20   ("Gordon") and Omni Innovations, LLC ("Omni") alleging precisely the same claims

21   before this Court. Gordon et al. v. Virtumundo et al., Case No. CV06-0204-JCC,

22   W.D.Wash. (Coughenour, J.) ("Virtumundo").  This Court recently granted Defendants'

23   motion for summary judgment in Virtumundo and requested further briefing on awarding

24   Defendants' attorneys' fees and for entry of a final judgment.  Virtumundo at Dkt. # 121.

25         Gordon's opposition to the instant motion to stay was due on or before May 21,

26   2007. LR 7(d).  No opposition was filed.  Accordingly, BMG's motion is unopposed and

27   should be granted.  LR 7(b)(2) (providing, "If a party fails to file papers in opposition to a

28   motion, such failure may be considered by the court as an admission that the motion has

REPLY RE DEF. BMG'S MOTION TO STAY - 1        **NEWMAN & NEWMAN,**        505 Fifth Ave. S., Ste. 610
[06-cv-01350-JCC]                             **ATTORNEYS AT LAW, LLP**   Seattle, Washington 98104
                                                                         (206) 274-2800

1  merit.")

2  DATED this 25th day of May, 2007.

3  **NEWMAN & NEWMAN,**
4  **ATTORNEYS AT LAW, LLP**

5  BY:  _Rog. M. Townsend_
6  Roger M. Townsend, No. 25525
   Derek A. Newman, WSBA No. 26967
7

8  -and-

9  **HANLY CONROY BIERNSTEIN**
10 **SHERIDAN FISHER & HAYES LLP**

11

12 BY:  /s/ Steven M. Hayes
   Steven M. Hayes
13

14 Attorneys for BMG COLUMBIA
   HOUSE, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPLY RE DEF. BMG'S MOTION TO STAY - 2
[06-cv-01350-JCC]

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800