UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS LLC, et al., | |
| Plaintiffs, | CASE NO. C06-1350-JCC |
| v. | ORDER |
| BMG COLUMBIA HOUSE INC., | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Stay the Litigation (Dkt. No. 17), pending the outcome of *Gordon v. Virtumundo*, C06-204-JCC (W.D. Wash.) (Coughenour, J.). *Virtumundo* has now been largely resolved on summary judgment. Therefore, Defendant's motion is moot and is hereby DENIED.

SO ORDERED this 4th day of June, 2007.

John C. Coughenour
United States District Judge

ORDER – 1

Dockets.Justia.com