Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

THE HON. JOHN C. COUGHENOUR

i.Justice Law, P.C.
Robert J. Siegel
1325 Fourth Ave., Suite 940
Seattle, WA 98101
(206) 304-5400

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC**, a Washington Limited Liability company; **JAMES S. GORDON, JR.**, a married individual,<br><br>          **Plaintiffs,**<br><br>v.<br><br>**BMG COLUMBIA HOUSE, INC.**, a New York corporation; and **JOHN DOES, I-X,**<br><br>          **Defendants,** | **NO.** CV-06-1537-JCC<br><br>[PROPOSED] **ORDER ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT PERMANENTLY ENJOINING DEFENDANTS FROM SENDING COMMERCIAL EMAIL TO PLAINTIFF** |

Having considered Plaintiffs' Motion, the arguments of counsel and the affidavits and exhibits attached thereto, it is **HEREBY ORDERED**

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT ENJOINING DEFENDANTS
<u>OMNI v BMG-COLUMBIA HOUSE</u> -1

**I.JUSTICE LAW, PC**
**1325 Fourth Ave., Suite 940**
**Seattle, WA 98101**
**Phone: 206-304-5400**
**Fax: 206-624-0717**

That Plaintiff's motion is GRANTED and Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, are permanently enjoined from directly or indirectly sending or transmitting, or directing, aiding, facilitating, or conspiring with others to send or transmit any commercial e-mail, or commercial electronic communication, to any and all email addresses at the following domains:

**Anthonycentral.com; Celiajay.com; Chiefmusician.net; Ehahome.com; Ewaterdragon.com; Gordonworks.com; Itdidnotendright.com; Jammtomm.com; Jaycelia.com**; **Jaykaysplace.com; Rcw19190020.com.**

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Seattle, WA
July __, 2007

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT ENJOINING DEFENDANTS
<u>OMNI v BMG-COLUMBIA HOUSE</u> -2

**I.JUSTICE LAW, PC**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717