Onvi Innovations LLC et al v. BMG Music Publishing NA Inc et al
Case 2:06-cv-01350-JCC    Document 21-3    Filed 06/14/2007    Page 1 of 1

**Subject:** Hurry! Get 12 CDs for the price of 1 with membership
**From:** "Music" <Music@fterra.net>
**Date:** Wed, 13 Jun 2007 05:01:21 -0400
**To:** chuck@ANTHONYCENTRAL.COM

Don't miss your chance! No Images? Click here to see them or enable image viewing on your browser.





This advertisement is presented by BMG Music Service, Attention: Unsubscribe Requests. If you have any questions or concerns regarding this communication, please send correspondence to 6550 East 30th Street, Indianapolis, IN, 46219-1194, US.

To remove your email address from BMG Music Service, Attention: Unsubscribe Requests lists and notify BMG Music Service, Attention: Unsubscribe Requests that you no longer wish to receive promotional messages, please follow this link, click here.

Please see BMG Music Service, Attention: Unsubscribe Requests individual policy for warranties and specific representations for this product or service.