Omni Innovations LLC v. BMG Music Service et al                                                                                                                    Doc. 21 Att. 4
BMG Music Service BMG7M02.PM 8/18/2003 -0400 a Get Twelve CDs for the Price of One        Page 1 of 1
Case 2:06-cv-01350-JCC    Document 21-5    Filed 06/14/2007    Page 1 of 1

X-Persona: <ValueWeb>
Received: from cust_req_fwding (cash@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id <234365-10527>; Mon, 18 Aug 2003 19:07:25 -0400
Received: from inc22.wgdcollins.com ([206.162.135.247]) by ams.ftl.affinity.com with SMTP id <213521-10530>; Mon, 18 Aug 2003 19:06:13 -0400
Message-Id: <0OWI55MN3XF43249W0H650H77@79292E06193X16HPCD9579S97>
From:   BMG Music Service <bmg081803@itmee.com>
To:     <cash@gordonworks.com>
Reply-to: <bmg081803@itmee.com>
Subject: Get Twelve CDs for the Price of One
Date: Mon, 18 Aug 2003 19:02:10 -0400
X-MSG-RECIPIENT-ID: MSG_12402357-677074-itimenet3
X-Info: Please report any abuse from the part of list owner to abuse-MSG_12402357-677074-itimenet3@vnitnitm.com
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="Boundary-=_bfe88e60c4451bbb5e4c82346342c4b7e"



**P.S. Forward this e-mail to your friends
so everyone can enjoy this unbeatable offer on CDs!**
****************************************************
**Please note this offer is for new members only.
Duplicate memberships cannot be processed.
This offer is valid for U.S. residents only.**

To unsubscribe, click here.