# *JAMES S. GORDON*

Telephone  (509) 210-1069
email: jim@gordonworks.com

**TO:  BMG Music**
**FROM:  Jim Gordon**
**DATE:  May 25, 2005**
**SUBJECT: Illegal spamming by Paid Marketers**

I am a Washington State resident. By virtue of my residency in Washington State, the commercial electronic mail messages that I received from your company and/or your marketers violate Washington State's statutes and the new federal CAN-SPAM statute. Neither statute contemplates whether or not an email is solicited - only whether or not it violates the relevant statute.

Please **STOP** sending emails to my domain, i.e. **gordonworks.com**. If applicable, please instruct your agents and/or marketing partners to stop sending emails on your behalf to my domain, immediately.  Presently, your marketers drive traffic to a web site featuring your product/service/company's logo or brand via **illegal spamming.**

Under Washington law, I am entitled to a private right of action in a Washington State court (or the U.S. District Court in Richland, WA) to pursue 1) statutory damages of $500 per email under RCW 19.190  2)  additional statutory damages of $1,000 per email as an Internet Access Service  3) Consumer Protection Act civil penalties of up to $2,000  per email under RCW 19.86.140. Sending email to my domain could cost you $3,500 per email.

**ALL** of the commercial electronic mail messages that you have sent or caused to be sent to me violate one or more prohibitions of RCW 19.190.020 (1)(a) or (b) because each of the commercial electronic mail messages:

- misrepresents or obscures information identifying the point of origin of the commercial electronic mail message, and/or
- misrepresents or obscures information identifying the transmission path of the commercial electronic mail message, and/or
- contains false or misleading information in the subject line of the commercial electronic mail message.

Internet Access Services can also sue for damages under CAN-SPAM. Additionally, you may face criminal charges because the sender(s) of your marketing email is violating Washington's Anti-Harassment statute, RCW 10.14 (**a gross misdemeanor**) as the sender(s) has ignored repeated pleas to stop sending me email.  Please instruct anyone who markets products and/or services on your behalf to purge all email addresses from my domain and to refrain from selling my email addresses.