**abuse@sprint.net, 06:51 PM 10/12/2003 -0700, Fwd: Get Twelve CDs for the Price of One**

To: abuse@sprint.net
From: Jim Gordon <res08nqc@verizon.net>
Subject: Fwd: Get Twelve CDs for the Price of One
Cc: abuse@level3.com
Bcc: abuse@valueweb.net; uce@ftc.gov
Attached:


Abuse Team:

Please help me to stop the spamming by the sender, below.

Thank you,
Jim Gordon


X-Persona: <ValueWeb>
Received: from cust_req_fwding (cash@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com
id <234365-10527>; Mon, 18 Aug 2003 19:07:25 -0400
Received: from inc22.wgdcollins.com ([206.162.135.247]) by ams.ftl.affinity.com with SMTP id <213521-10530>;
Mon, 18 Aug 2003 19:06:13 -0400
Message-Id: <0OWI55MN3XF43249W0H650H77@79292E06193X16HPCD9579S97>
From:       BMG Music Service <bmg081803@itmee.com>
To:          <cash@gordonworks.com>
Reply-to: <bmg081803@itmee.com>
Subject: Get Twelve CDs for the Price of One
Date: Mon, 18 Aug 2003 19:02:10 -0400
X-MSG-RECIPIENT-ID: MSG_12402357-677074-itimenet3
X-Info: Please report any abuse from the part of list owner to abuse-MSG_12402357-677074-
itimenet3@vnitnitm.com
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="Boundary-=_bfe88e60c4451bbb5e4c82346342c4b7e"



Dockets.Justia.com

**abuse@sprint.net, 06:51 PM 10/12/2003 -0700, Fwd: Get Twelve CDs for the Price of One**

**P.S. Forward this e-mail to your friends
so everyone can enjoy this unbeatable offer on CDs!**
************************************************
**Please note this offer is for new members only.
Duplicate memberships cannot be processed.
This offer is valid for U.S. residents only.**

To unsubscribe, click here.

X-Persona: <ValueWeb>
Received: from cust_req_fwding (bonniegg@gordonworks.com --> jsg33051@gordonworks.com) by
ams.ftl.affinity.com id <226028-10535>; Mon, 18 Aug 2003 19:09:52 -0400
Received: from inc21.vnitnitm.com ([206.162.135.246]) by ams.ftl.affinity.com with SMTP id <243697-10530>; Mon,
18 Aug 2003 19:08:57 -0400
Message-Id: <C5CUTC3317I56A7DX800JR16I@32K2Z55M756B0H2YPZLQYP4NH>
From:        BMG Music Service <bmg081803@itmee.com>
To: <bonniegg@gordonworks.com>
Reply-to: <bmg081803@itmee.com>
Subject: Get Twelve CDs for the Price of One
Date: Mon, 18 Aug 2003 19:02:10 -0400
X-MSG-RECIPIENT-ID: MSG_12402357-668201-itimenet3
X-Info: Please report any abuse from the part of list owner to abuse-MSG_12402357-668201-itimenet3@vnitnitm.com
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="Boundary-=_bfe88e60c4451bbb5e4c82346342c4b7e"

X-Persona: <ValueWeb>
Received: from cust_req_fwding (business@gordonworks.com --> jsg33051@gordonworks.com) by
ams.ftl.affinity.com id <243382-10527>; Mon, 18 Aug 2003 19:07:25 -0400
Received: from inc22.wgdcollins.com ([206.162.135.247]) by ams.ftl.affinity.com with SMTP id <239119-10535>;
Mon, 18 Aug 2003 19:06:06 -0400
Message-Id: <X357K45A97BU17FPXLK98W0Q1@2DQ7L1LF78Q35RJ3S3WQ91411>
From:        BMG Music Service <bmg081803@itmee.com>
To: <business@gordonworks.com>
Reply-to: <bmg081803@itmee.com>
Subject: Get Twelve CDs for the Price of One
Date: Mon, 18 Aug 2003 19:02:10 -0400
X-MSG-RECIPIENT-ID: MSG_12402357-668202-itimenet3
X-Info: Please report any abuse from the part of list owner to abuse-MSG_12402357-668202-itimenet3@vnitnitm.com
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="Boundary-=_bfe88e60c4451bbb5e4c82346342c4b7e"

abuse@sprint.net, 06:51 PM 10/12/2003 -0700, Fwd: Get Twelve CDs for the Price of One

X-Persona: <ValueWeb>
Received: from mx052.trainovation.com ([67.107.94.40]) by ams.ftl.affinity.com with SMTP id <341967-2732>; Thu,
18 Sep 2003 06:42:50 -0400
Received: (qmail 3848 invoked by uid 500); 18 Sep 2003 10:39:41 -0000
Date: 18 Sep 2003 10:39:41 -0000
Message-ID: <20030918103941.3847.qmail@mx052.trainovation.com>
To: jim@gordonworks.com
From:        BMG Music Service <BMG@mx052.trainovation.com>
MIME-Version: 1.0
Content-type: multipart/alternative; boundary="AAAAAAAAAA"
X-Mailer: KMail [version 1.4]
Subject: Get Twelve CDs for the Price of One (415686925)


X-Persona: <ValueWeb>
Received: from cust_req_fwding (msm@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<3686456-18793>; Tue, 23 Sep 2003 20:42:31 -0400
Received: from host ([69.60.0.111]) by ams.ftl.affinity.com with ESMTP id <3686789-18793>; Tue, 23 Sep 2003
20:42:19 -0400
Received: from listserv1 (172.60.1.2:4599) by host (LSMTP for Windows NT v1.1b) with SMTP id
<2.0000625B@host>; Tue, 23 Sep 2003 12:32:01 -0400
Date: Tue, 23 Sep 2003 16:32:13 -0400
From:        BMGMusicService <BMGMusicService@summerpicks.com>
Reply-to: reply@summerpicks.com
Error-path: bounces@summerpicks.com
Subject: Get Twelve CDs for the Price of One
To: msm@GORDONWORKS.COM
Mime-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep23.204219-0400_edt.3686789-18793+4880@ams.ftl.affinity.com>


X-Persona: <ValueWeb>
Received: from host ([69.60.0.50]) by ams.ftl.affinity.com with ESMTP id <726492-19214>; Tue, 23 Sep 2003
20:16:23 -0400
Received: from listserv1 (172.60.1.2:4598) by host (LSMTP for Windows NT v1.1b) with SMTP id
<8.000061BD@host>; Tue, 23 Sep 2003 12:30:42 -0400
Date: Tue, 23 Sep 2003 16:32:13 -0400
From:        BMGMusicService <BMGMusicService@summerpicks.com>
Reply-to: reply@summerpicks.com
Error-path: bounces@summerpicks.com
Subject: Get Twelve CDs for the Price of One
To: jim@GORDONWORKS.COM
Mime-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep23.201623-0400_edt.726492-19214+4337@ams.ftl.affinity.com>


X-Persona: <ValueWeb>

**abuse@sprint.net, 06:51 PM 10/12/2003 -0700, Fwd: Get Twelve CDs for the Price of One**

Received: from cust_req_fwding (sd@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <241602-20094>; Wed, 1 Oct 2003 18:16:29 -0400
Received: from host ([69.60.0.35]) by ams.ftl.affinity.com with ESMTP id <241649-20089>; Wed, 1 Oct 2003 18:11:27 -0400
Received: from listserv1 (172.60.1.2:1037) by host (LSMTP for Windows NT v1.1b) with SMTP id <1.000227FA@host>; Wed, 1 Oct 2003 12:26:07 -0400
Date: Wed, 1 Oct 2003 16:26:33 -0400
From:        BMGMusicService <BMGMusicService@summerpicks.com>
Reply-to: reply@summerpicks.com
Error-path: bounces@summerpicks.com
Subject: Get Twelve CDs for the Price of One
To:  sd@GORDONWORKS.COM
Mime-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct1.181127-0400_edt.241649-20089+939@ams.ftl.affinity.com>



1d36ef6.jpg

1d36f5b.jpg

1d36f97.jpg

1d36fd3.jpg

1d37019.jpg

1d37055.jpg

1d3709b.jpg

1d370c3.jpg

**emailago@atg.wa.gov, 12:53 AM 10/30/2003 -0800, Fwd: Get Twelve CDs for the Price of One**

To: emailago@atg.wa.gov
From: Jim Gordon <res08nqc@verizon.net>
Subject: Fwd: Get Twelve CDs for the Price of One
Cc:
Bcc:
Attached:

Date: Sun, 12 Oct 2003 18:51:52 -0700
To: abuse@sprint.net
From: Jim Gordon <res08nqc@verizon.net>
Subject: Fwd: Get Twelve CDs for the Price of One
Cc: abuse@level3.com
Bcc: abuse@valueweb.net; uce@ftc.gov

Abuse Team:

Please help me to stop the spamming by the sender, below.

Thank you,
Jim Gordon

X-Persona: <ValueWeb>
Received: from cust_req_fwding (cash@gordonworks.com --> jsg33051@gordonworks.com) by
ams.ftl.affinity.com id <234365-10527>; Mon, 18 Aug 2003 19:07:25 -0400
Received: from inc22.wgdcollins ([206.162.135.247]) by ams.ftl.affinity.com with SMTP id <213521-10530>;
Mon, 18 Aug 2003 19:06:13 -0400
Message-Id: <0OWI55MN3XF43249W0H650H77@79292E06193X16HPCD9579S97>
From:      BMG Music Service <bmg081803@itmee.com>
To:        <cash@gordonworks.com>
Reply-to: <bmg081803@itmee.com>
Subject: Get Twelve CDs for the Price of One
Date: Mon, 18 Aug 2003 19:02:10 -0400
X-MSG-RECIPIENT-ID: MSG_12402357-677074-itimenet3
X-Info: Please report any abuse from the part of list owner to abuse-MSG_12402357-677074-
itimenet3@vnitnitm.com
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="Boundary-=_bfe88e60c4451bbb5e4c82346342c4b7e"

emailago@atg.wa.gov, 12:53 AM 10/30/2003 -0800, Fwd: Get Twelve CDs for the Price of One



**P.S. Forward this e-mail to your friends
so everyone can enjoy this unbeatable offer on CDs!**
*************************************************
**Please note this offer is for new members only.
Duplicate memberships cannot be processed.
This offer is valid for U.S. residents only.**

To unsubscribe, click here.

X-Persona: <ValueWeb>
Received: from cust_req_fwding (bonniegg@gordonworks.com --> jsg33051@gordonworks.com) by
ams.ftl.affinity.com id <226028-10535>; Mon, 18 Aug 2003 19:09:52 -0400
Received: from inc21.vnitnitm.com ([206.162.135.246]) by ams.ftl.affinity.com with SMTP id <243697-10530>; Mon,
18 Aug 2003 19:08:57 -0400
Message-Id: <C5CUTC3317I56A7DX800JR16I@32K2Z55M756B0H2YPZLQYP4NH>
From:       BMG Music Service <bmg081803@itmee.com>
To:         <bonniegg@gordonworks.com>
Reply-to: <bmg081803@itmee.com>
Subject: Get Twelve CDs for the Price of One
Date: Mon, 18 Aug 2003 19:02:10 -0400
X-MSG-RECIPIENT-ID: MSG_12402357-668201-itimenet3
X-Info: Please report any abuse from the part of list owner to abuse-MSG_12402357-668201-
itimenet3@vnitnitm.com
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="Boundary-=_bfe88e60c4451bbb5e4c82346342c4b7e"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (business@gordonworks.com --> jsg33051@gordonworks.com) by
ams.ftl.affinity.com id <243382-10527>; Mon, 18 Aug 2003 19:07:25 -0400

---

**emailago@atg.wa.gov, 12:53 AM 10/30/2003 -0800, Fwd: Get Twelve CDs for the Price of One**

Received: from inc22.wgdcollins.com ([206.162.135.247]) by ams.ftl.affinity.com with SMTP id <239119-10535>;
Mon, 18 Aug 2003 19:06:06 -0400
Message-Id: <X357K45A97BU17FPXLK98W0Q1@2DQ7L1LF78Q35RJ3S3WQ91411>
From:    BMG Music Service <bmg081803@itmee.com>
To:      <business@gordonworks.com>
Reply-to: <bmg081803@itmee.com>
Subject: Get Twelve CDs for the Price of One
Date: Mon, 18 Aug 2003 19:02:10 -0400
X-MSG-RECIPIENT-ID: MSG_12402357-668202-itimenet3
X-Info: Please report any abuse from the part of list owner to abuse-MSG_12402357-668202-
itimenet3@vnitnitm.com
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="Boundary-=_bfe88e60c4451bbb5e4c82346342c4b7e"


X-Persona: <ValueWeb>
Received: from mx052.trainovation.com ([67.107.94.40]) by ams.ftl.affinity.com with SMTP id <341967-2732>; Thu,
18 Sep 2003 06:42:50 -0400
Received: (qmail 3848 invoked by uid 500); 18 Sep 2003 10:39:41 -0000
Date: 18 Sep 2003 10:39:41 -0000
Message-ID: <20030918103941.3847.qmail@mx052.trainovation.com>
To:      jim@gordonworks.com
From:    BMG Music Service <BMG@mx052.trainovation.com>
MIME-Version: 1.0
Content-type: multipart/alternative; boundary="AAAAAAAAAA"
X-Mailer: KMail [version 1.4]
Subject: Get Twelve CDs for the Price of One (415686925)


X-Persona: <ValueWeb>
Received: from cust_req_fwding (msm@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<3686456-18793>; Tue, 23 Sep 2003 20:42:31 -0400
Received: from host ([69.60.0.111]) by ams.ftl.affinity.com with ESMTP id <3686789-18793>; Tue, 23 Sep 2003
20:42:19 -0400
Received: from listserv1 (172.60.1.2:4599) by host (LSMTP for Windows NT v1.1b) with SMTP id
<2.0000625B@host>; Tue, 23 Sep 2003 12:32:01 -0400
Date: Tue, 23 Sep 2003 16:32:13 -0400
From:    BMGMusicService <BMGMusicService@summerpicks.com>
Reply-to: reply@summerpicks.com
Error-path: bounces@summerpicks.com
Subject: Get Twelve CDs for the Price of One
To:      msm@GORDONWORKS.COM
Mime-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep23.204219-0400_edt.3686789-18793+4880@ams.ftl.affinity.com>


X-Persona: <ValueWeb>
Received: from host ([69.60.0.50]) by ams.ftl.affinity.com with ESMTP id <726492-19214>; Tue, 23 Sep 2003

**emailago@atg.wa.gov, 12:53 AM 10/30/2003 -0800, Fwd: Get Twelve CDs for the Price of One**

20:16:23 -0400
Received: from listserv1 (172.60.1.2:4598) by host (LSMTP for Windows NT v1.1b) with SMTP id
<8.000061BD@host>; Tue, 23 Sep 2003 12:30:42 -0400
Date: Tue, 23 Sep 2003 16:32:13 -0400
From:        BMGMusicService <BMGMusicService@summerpicks.com>
Reply-to: reply@summerpicks.com
Error-path: bounces@summerpicks.com
Subject: Get Twelve CDs for the Price of One
To:        jim@GORDONWORKS.COM
Mime-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep23.201623-0400_edt.726492-19214+4337@ams.ftl.affinity.com>


X-Persona: <ValueWeb>
Received: from cust_req_fwding (sd@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<241602-20094>; Wed, 1 Oct 2003 18:16:29 -0400
Received: from host ([69.60.0.35]) by ams.ftl.affinity.com with ESMTP id <241649-20089>; Wed, 1 Oct 2003
18:11:27 -0400
Received: from listserv1 (172.60.1.2:1037) by host (LSMTP for Windows NT v1.1b) with SMTP id
<1.000227FA@host>; Wed, 1 Oct 2003 12:26:07 -0400
Date: Wed, 1 Oct 2003 16:26:33 -0400
From:        BMGMusicService <BMGMusicService@summerpicks.com>
Reply-to: reply@summerpicks.com
Error-path: bounces@summerpicks.com
Subject: Get Twelve CDs for the Price of One
To:        sd@GORDONWORKS.COM
Mime-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct1.181127-0400_edt.241649-20089+939@ams.ftl.affinity.com>



[5d63311.jpg](5d63311.jpg)

[5d63361.jpg](5d63361.jpg)

[5d63393.jpg](5d63393.jpg)

[5d633f7.jpg](5d633f7.jpg)

[5d63433.jpg](5d63433.jpg)

[5d63483.jpg](5d63483.jpg)

[5d634d3.jpg](5d634d3.jpg)

[5d63505.jpg](5d63505.jpg)

**abuse@level3.com, 10:23 AM 11/2/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**

To: abuse@level3.com
From: Jim Gordon <res08nqc@verizon.net>
Subject: Fwd: 12 CDs for the price of 1 - nothing more to buy
Cc: abuse@valueweb.net; uce@ftc.gov; emailago@atg.wa.gov
Bcc:
Attached:


Abuse Team:

Please help me to stop the spamming by the sender, below.

Thank you,
Jim Gordon


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<215633-21266>; Sat, 18 Oct 2003 14:51:55 -0400
Received: from ina226.etracks.com ([63.251.59.226]) by ams.ftl.affinity.com with SMTP id <213069-21276>; Sat,
18 Oct 2003 14:51:01 -0400
Date: Sat, 18 Oct 2003 11:42:03 -0800 (PDT)
Message-ID: <ZBYBqNYQP9FzvpIHI9EAYQ1CUyRmZU0e@interface.etracks.com>
To:         faye@gordonworks.com
From:       "BMG Music Service" <offerswithoutlimits@gsypen.djkf.net>
Subject: 12 CDs for the price of 1 - nothing more to buy
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
  boundary="------------EF990506TS01"



**P.S. Forward this e-mail to your friends
so everyone can enjoy this unbeatable offer on CDs!**
**************************************************

**abuse@level3.com, 10:23 AM 11/2/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**

**Please note this offer is for new members only.
Duplicate memberships cannot be processed.
This offer is valid for U.S. residents only.**

Thank you for being a Offers Without Limits member. If you no longer wish to be a member
and receive our emails click this link:
http://e-klk.com/r/r0.4?bshpVsVLbshrwp7Urg3qfMlN8qhovold3PcjXYiZBwY0Vy-2C3AzCz-2C841
.

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<263164-18169>; Sat, 4 Oct 2003 22:06:06 -0400
Received: from xoa68.etracks.com ([66.236.48.68]) by ams.ftl.affinity.com with SMTP id <263150-18162>; Sat, 4
Oct 2003 22:05:34 -0400
Date: Sat,  4 Oct 2003 19:08:14 -0800 (PDT)
Message-ID: <7UODx5TzmauqMUClrY0YUqGKosbgW2S6g75@interface.etracks.com>
To:  james@gordonworks.com
From:       "BMG Music Service" <offers4you@4lqhqgg.imcid.net>
Subject: 12 CDs for the price of 1 - nothing more to buy
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<2307706-26143>; Sat, 18 Oct 2003 16:13:21 -0400
Received: from ina227.etracks.com ([63.251.59.227]) by ams.ftl.affinity.com with SMTP id <2308663-26330>; Sat,
18 Oct 2003 16:12:06 -0400
Date: Sat, 18 Oct 2003 13:17:45 -0800 (PDT)
Message-ID: <LgcgkrceFUZCp71XjXCUyaKnkbNGEVb62@interface.etracks.com>
To:  james@gordonworks.com
From:       "BMG Music Service" <offerswithoutlimits@gsypen.imcid.net>
Subject: 12 CDs for the price of 1 - nothing more to buy
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"

X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<218969-22124>; Sat, 18 Oct 2003 16:47:10 -0400
Received: from ina227.etracks.com ([63.251.59.227]) by ams.ftl.affinity.com with SMTP id <221353-22120>; Sat, 18
Oct 2003 16:46:55 -0400
Date: Sat, 18 Oct 2003 13:52:35 -0800 (PDT)
Message-ID: <HoGoaOG2WQLYXng3xkx5AsiVlMyzDK-y10@interface.etracks.com>
To:  jamila@gordonworks.com
From:       "BMG Music Service" <offerswithoutlimits@gsypen.imcid.net>

**abuse@level3.com, 10:23 AM 11/2/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**

Subject: 12 CDs for the price of 1 - nothing more to buy
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<217015-27153>; Sat, 18 Oct 2003 16:19:53 -0400
Received: from ina227.etracks.com ([63.251.59.227]) by ams.ftl.affinity.com with SMTP id <224070-27162>; Sat, 18
Oct 2003 16:18:55 -0400
Date: Sat, 18 Oct 2003 13:24:34 -0800 (PDT)
Message-ID: <AzCz-2CUknTO08l8zmKdpi9EAoDuE60@interface.etracks.com>
To: jay@gordonworks.com
From:        "BMG Music Service" <offerswithoutlimits@gsypen.uive.net>
Subject: 12 CDs for the price of 1 - nothing more to buy
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<220809-10197>; Sat, 18 Oct 2003 16:42:49 -0400
Received: from xoa67.etracks.com ([66.236.48.67]) by ams.ftl.affinity.com with SMTP id <220745-10203>; Sat, 18
Oct 2003 16:41:47 -0400
Date: Sat, 18 Oct 2003 13:38:47 -0800 (PDT)
Message-ID: <B313WC1rJLCwLbkiN6dfdESRQkrUqGPjMq08@interface.etracks.com>
To: jonathan@gordonworks.com
From:        "BMG Music Service" <offerswithoutlimits@gsypen.uive.net>
Subject: 12 CDs for the price of 1 - nothing more to buy
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (bonniegg@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<3793712-1078>; Sun, 12 Oct 2003 17:58:18 -0400
Received: from venus.netoes.com ([64.95.116.104]) by ams.ftl.affinity.com with SMTP id <268648-1077>; Sun, 12
Oct 2003 17:57:25 -0400
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_---------=_106599490114275131"
MIME-Version: 1.0
Date: Sun, 12 Oct 2003 21:41:41 GMT
Message-Id: <1zWy5xMXis6NboOZbZkjiXTLJ8oaEpLoFd1@1zWy5oDOZjxESfFQSQbaZOKCAzfR5gCf6Us>
To: bonniegg@gordonworks.com
From:        "BMG Music Service" <BMG_Music_Service-wms@13465.Inbound.netoes.com>

**abuse@level3.com, 10:23 AM 11/2/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**

Subject: 12 CDs for the price of 1 - nothing more to buy


X-Persona: <ValueWeb>
Received: from cust_req_fwding (business@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<222634-30968>; Sun, 12 Oct 2003 17:51:15 -0400
Received: from neptune.netoes.com ([64.95.116.110]) by ams.ftl.affinity.com with SMTP id <269225-30962>; Sun,
12 Oct 2003 17:50:02 -0400
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_106599459112944142"
MIME-Version: 1.0
Date: Sun, 12 Oct 2003 21:36:31 GMT
Message-Id: <1zWyAsHMShq79Akvxv654tphfUAwaBhAbzN@1zWyAMIqwBKbdeEPRPaZYNJB9yeQ4fBe5Tr>
To: business@gordonworks.com
From:        "BMG Music Service" <BMG_Music_Service-wms@13465.lnbound.netoes.com>
Subject: 12 CDs for the price of 1 - nothing more to buy


X-Persona: <ValueWeb>
Received: from cust_req_fwding (business@gordonworks.com --> jsg33051@gordonworks.com) by
ams.ftl.affinity.com id <234784-18215>; Sun, 24 Aug 2003 15:11:26 -0400
Received: from xoa35.etracks.com ([66.236.48.35]) by ams.ftl.affinity.com with SMTP id <239508-18218>; Sun, 24
Aug 2003 15:10:58 -0400
Date: Sun, 24 Aug 2003 12:10:42 -0800 (PDT)
Message-ID: <34lflkrceiTrNrYxUpVdfdESRQkrUqGPjMq2e@interface.etracks.com>
To: business@gordonworks.com
From:        "Ultimate Music Deal" <wantmorestuff@djkf.net>
Subject: 12 CDs for the price of 1 - nothing more to buy
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<215358-14150>; Fri, 31 Oct 2003 15:00:10 -0500
Received: from mail12.optinmaildomain.com ([69.6.40.20]) by ams.ftl.affinity.com with ESMTP id <216181-14151>;
Fri, 31 Oct 2003 14:58:53 -0500
Received: from optinmaildomain.com (66.179.82.14)
  by mail12.optinmaildomain.com with SMTP; 31 Oct 2003 13:58:51 -0600
Message-ID: <12679845.1067630333461.JavaMail.root@eprizes>
From:        Music Service <r-1603657-46@optinmaildomain.com>
Reply-To: Music Service <r-1603657-46@optinmaildomain.com>
To: "Jay Gordon" <jay@gordonworks.com>
Subject: Get 11 CDs forFree, with membership
Mime-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----=_Part_181209_16162063.1067630333459"
x-ep: cnohebneobcbnbclnbieunoa aicbeigeoucae bbuleullio
List-Unsubscribe: <mailto: unsub-ydwjmwvfxpw@optinmaildomain.com>

**abuse@level3.com, 10:23 AM 11/2/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**

Date:Fri, 31 Oct 2003 14:58:52 -0500


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<216181-14139>; Fri, 31 Oct 2003 15:00:10 -0500
Received: from mail5.optinmaildomain.com ([69.6.40.13]) by ams.ftl.affinity.com with ESMTP id <213359-14149>;
Fri, 31 Oct 2003 14:59:05 -0500
Received: from optinmaildomain.com (66.179.82.14)
  by mail5.optinmaildomain.com with SMTP; 31 Oct 2003 12:59:03 -0700
Message-ID: <580441.1067630345509.JavaMail.root@eprizes.com>
From:       Music Service <r-1652926-46@optinmaildomain.com>
Reply-To: Music Service <r-1652926-46@optinmaildomain.com>
To:  "BF Gordon" <faye@gordonworks.com>
Subject: Get 11 CDs forFree, with membership
Mime-Version: 1.0
Content-Type: multipart/alternative;
     boundary="----=_Part_181275_18347462.1067630345508"
x-ep: pgxeozoepemexemnonxogipe nqmegpxoxgmng eeegxzgqqx
List-Unsubscribe: <mailto: unsub-tuzvkjkzblz @optinmaildomain.com>
Date:Fri, 31 Oct 2003 14:59:04 -0500


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<213376-23883>; Fri, 31 Oct 2003 15:00:27 -0500
Received: from mail12.optinmaildomain.com ([69.6.40.20]) by ams.ftl.affinity.com with ESMTP id <214498-23878>;
Fri, 31 Oct 2003 14:59:09 -0500
Received: from optinmaildomain.com (66.179.82.14)
  by mail12.optinmaildomain.com with SMTP; 31 Oct 2003 13:59:07 -0600
Message-ID: <812500.1067630349433.JavaMail.root@eprizes.com>
From:       Music Service <r-1666301-46@optinmaildomain.com>
Reply-To: Music Service <r-1666301-46@optinmaildomain.com>
To:  "Jamila Gordon" <jamila@gordonworks.com>
Subject: Get 11 CDs forFree, with membership
Mime-Version: 1.0
Content-Type: multipart/alternative;
     boundary="----=_Part_181296_14174884.1067630349432"
x-ep: sxlsxloydyjndnjbsnynyybh byjnssslynjbs nlxoxboysh
List-Unsubscribe: <mailto: unsub-wrtttcgrmpt@optinmaildomain.com>
Date:Fri, 31 Oct 2003 14:59:08 -0500


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<213701-23878>; Fri, 31 Oct 2003 15:00:27 -0500
Received: from mail12.optinmaildomain.com ([69.6.40.20]) by ams.ftl.affinity.com with ESMTP id <215250-23874>;
Fri, 31 Oct 2003 14:59:09 -0500
Received: from optinmaildomain.com (66.179.82.14)
  by mail12.optinmaildomain.com with SMTP; 31 Oct 2003 13:59:07 -0600
Message-ID: <812500.1067630349433.JavaMail.root@eprizes.com>

**abuse@level3.com, 10:23 AM 11/2/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**

From:       Music Service <r-1666276-46@optinmaildomain.com>
Reply-To: Music Service <r-1666276-46@optinmaildomain.com>
To:  "Jonathan Gordon" <jonathan@gordonworks.com>
Subject: Get 11 CDs forFree, with membership
Mime-Version: 1.0
Content-Type: multipart/alternative;
       boundary="----=_Part_181296_14174884.1067630349432"
x-ep: qoppralroltolotzernemnmp zrtoeeelmetze ezpenanar
List-Unsubscribe: <mailto: unsub-kviiixliobi@optinmaildomain.com>
Date:Fri, 31 Oct 2003 14:59:08 -0500



46c5bdc.jpg

46c5c5e.jpg

46c5cb9.jpg

46c5d27.jpg

46c5d95.jpg

46c5e17.jpg

46c5e5d.jpg

46c5eb7.jpg

**abuse@level3.com, 10:29 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for the price of One**

To: abuse@level3.com
From: Jim Gordon <res08nqc@verizon.net>
Subject: Fwd: Get Twelve CDs for the price of One
Cc: abuse@valueweb.net; uce@ftc.gov; emailago@atg.wa.gov
Bcc: abuse@cw.net
Attached:


Abuse Team:

Please help me to stop the spamming by the sender, below.

Thank you,
Jim Gordon


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <500964-8586>; Fri, 17 Oct 2003 22:10:36 -0400
Received: from ms12.iexpect.com ([216.74.138.156]) by ams.ftl.affinity.com with ESMTP id <517729-8586>; Fri, 17 Oct 2003 22:09:25 -0400
Received: from ms12.iexpect.com (127.0.0.1) by ms12.iexpect.com (PowerMTA(TM) v1.5); Fri, 17 Oct 2003 22:08:47 -0400 (envelope-from <140674219.BMGF1@bounce.iexpect.com>)
Message-ID: <140674219.1066442927632.BMGF1@ms12.iexpect.com>
Date: Fri, 17 Oct 2003 22:08:47 -0400 (EDT)
From:        BMG Music Service <1066410958701@mailserver2.iexpect.com>
Reply-To: BMG Music Service <specialoffers@iExpect.com>
To:        FAYE@GORDONWORKS.COM
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530910768.1066442927633



Please note this offer is for new members only. Duplicate memberships cannot be processed. This offer

valid to U.S. residents only.

Your privacy is extremely important to us. As a leader in permission-based email promotions, we are committed to delivering a highly
rewarding experience with great opportunities.

This email was sent to FAYE@GORDONWORKS.COM, by iexpect.com.
FOLLOW THIS LINK to clear your name from our list. ˣ

If you would like to contact iExpect.com directly regarding any privacy issues, please write or fax to:
P.O. Box 4135
South Hackensack, New Jersey, 07606
201-227-9700 (Fax)

X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<215870-9268>; Thu, 23 Oct 2003 04:10:13 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com with ESMTP id <221123-9262>; Thu,
23 Oct 2003 04:09:35 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 23 Oct 2003 03:08:37 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 172519
From:        BMG Music Service <MusicServiceClub172519@vmadmin.com>
To:  Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: BMG Music Service <MusicServiceClub172519@replies.virtumundo.com>
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.040935-0400_edt.221123-9262+14168@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 04:09:33 -0400


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<2294109-9326>; Sat, 18 Oct 2003 00:11:30 -0400
Received: from ms12.iexpect.com ([216.74.138.156]) by ams.ftl.affinity.com with ESMTP id <435735-9327>; Fri, 17
Oct 2003 15:38:55 -0400
Received: from ms12.iexpect.com (127.0.0.1) by ms12.iexpect.com (PowerMTA(TM) v1.5); Fri, 17 Oct 2003
15:38:13 -0400 (envelope-from <139710320.BMGF2@bounce.iexpect.com>)
Message-ID: <139710320.1066419493680.BMGF2@ms12.iexpect.com>
Date: Fri, 17 Oct 2003 15:38:13 -0400 (EDT)
From:        BMG Music Service <1066410995935@mailserver2.iexpect.com>

**abuse@level3.com, 10:29 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for the price of One**

Reply-To: BMG Music Service <specialoffers@iExpect.com>
To: JAMES@GORDONWORKS.COM
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530907913.1066419493682


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <216773-21275>; Sat, 18 Oct 2003 02:58:55 -0400
Received: from ms12.iexpect.com ([216.74.138.156]) by ams.ftl.affinity.com with ESMTP id <216980-21264>; Sat, 18 Oct 2003 02:58:09 -0400
Received: from ms12.iexpect.com (127.0.0.1) by ms12.iexpect.com (PowerMTA(TM) v1.5); Sat, 18 Oct 2003 02:57:34 -0400 (envelope-from <139710320.BMGF1@bounce.iexpect.com>)
Message-ID: <139710320.1066460254155.BMGF1@ms12.iexpect.com>
Date: Sat, 18 Oct 2003 02:57:34 -0400 (EDT)
From:        BMG Music Service <1066410958701@mailserver2.iexpect.com>
Reply-To: BMG Music Service <specialoffers@iExpect.com>
To: JAMES@GORDONWORKS.COM
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530909419.1066460254156


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <217595-9268>; Thu, 23 Oct 2003 04:10:13 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com with ESMTP id <221134-9264>; Thu, 23 Oct 2003 04:09:35 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 23 Oct 2003 03:08:37 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 172519
From:        BMG Music Service <MusicServiceClub172519@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: BMG Music Service <MusicServiceClub172519@replies.virtumundo.com>
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.040935-0400_edt.221134-9264+13731@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 04:09:35 -0400


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <217443-23103>; Fri, 17 Oct 2003 13:51:26 -0400
Received: from ms13.iexpect.com ([216.74.167.141]) by ams.ftl.affinity.com with ESMTP id <217442-23101>; Fri, 17 Oct 2003 13:50:44 -0400
Received: from ms13.iexpect.com (127.0.0.1) by ms13.iexpect.com (PowerMTA(TM) v1.5); Fri, 17 Oct 2003

**abuse@level3.com, 10:29 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for the price of One**

---

13:50:28 -0400 (envelope-from <140858515.BMGF1@bounce.iexpect.com>)
Message-ID: <140858515.1066413028279.BMGF1@ms13.iexpect.com>
Date: Fri, 17 Oct 2003 13:50:28 -0400 (EDT)
From:        BMG Music Service <1066410966032@mailserver2.iexpect.com>
Reply-To: BMG Music Service <specialoffers@iExpect.com>
To: JAMILA@GORDONWORKS.COM
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530910757.1066413028281


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <216795-9267>; Thu, 23 Oct 2003 04:10:13 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com with ESMTP id <221139-9264>; Thu, 23 Oct 2003 04:09:35 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 23 Oct 2003 03:08:37 -0500
X-ClientHost: 106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 172519
From:        BMG Music Service <MusicServiceClub172519@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: BMG Music Service <MusicServiceClub172519@replies.virtumundo.com>
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.040935-0400_edt.221139-9264+13732@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 04:09:35 -0400


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <215987-4574>; Fri, 17 Oct 2003 20:10:45 -0400
Received: from ms13.iexpect.com ([216.74.167.141]) by ams.ftl.affinity.com with ESMTP id <467046-4573>; Fri, 17 Oct 2003 13:42:43 -0400
Received: from ms13.iexpect.com (127.0.0.1) by ms13.iexpect.com (PowerMTA(TM) v1.5); Fri, 17 Oct 2003 13:40:09 -0400 (envelope-from <140384010.BMGF1@bounce.iexpect.com>)
Message-ID: <140384010.1066412409824.BMGF1@ms13.iexpect.com>
Date: Fri, 17 Oct 2003 13:40:09 -0400 (EDT)
From:        BMG Music Service <1066410966032@mailserver2.iexpect.com>
Reply-To: BMG Music Service <specialoffers@iExpect.com>
To: JAY@GORDONWORKS.COM
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530910757.1066412409826


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id

---

**abuse@level3.com, 10:29 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for the price of One**

<216276-9265>; Thu, 23 Oct 2003 04:10:13 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com with ESMTP id <221142-9267>; Thu,
23 Oct 2003 04:09:36 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 23 Oct 2003 03:08:37 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 172519
From:        BMG Music Service <MusicServiceClub172519@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: BMG Music Service <MusicServiceClub172519@replies.virtumundo.com>
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.040936-0400_edt.221142-9267+13643@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 04:09:35 -0400


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<451454-8592>; Fri, 17 Oct 2003 18:33:03 -0400
Received: from ms13.iexpect.com ([216.74.167.141]) by ams.ftl.affinity.com with ESMTP id <490843-8586>; Fri, 17
Oct 2003 16:02:08 -0400
Received: from ms13.iexpect.com (127.0.0.1) by ms13.iexpect.com (PowerMTA(TM) v1.5); Fri, 17 Oct 2003
16:01:48 -0400 (envelope-from <140858392.BMGF1@bounce.iexpect.com>)
Message-ID: <140858392.1066420908195.BMGF1@ms13.iexpect.com>
Date: Fri, 17 Oct 2003 16:01:48 -0400 (EDT)
From:        BMG Music Service <1066410966032@mailserver2.iexpect.com>
Reply-To: BMG Music Service <specialoffers@iExpect.com>
To: JONATHAN@GORDONWORKS.COM
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530912185.1066420908197


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<218249-9265>; Thu, 23 Oct 2003 04:10:13 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com with ESMTP id <213810-9260>; Thu,
23 Oct 2003 04:09:36 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 23 Oct 2003 03:08:37 -0500
X-ClientHost: 10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 172519
From:        BMG Music Service <MusicServiceClub172519@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: BMG Music Service <MusicServiceClub172519@replies.virtumundo.com>
Subject: Get Twelve CDs for the price of One
Mime-Version: 1.0
Content-Type: text/html

**abuse@level3.com, 10:29 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for the price of One**

Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.040936-0400_edt.213810-9260+13690@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 04:09:36 -0400


X-Persona: <ValueWeb>
Received: from cust_req_fwding (msm@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <292716-1140>; Tue, 14 Oct 2003 06:01:34 -0400
Received: from host ([67.107.209.212]) by ams.ftl.affinity.com with ESMTP id <296336-1154>; Tue, 14 Oct 2003 06:00:42 -0400
Received: from listserv1 (172.60.1.2:2301) by host (LSMTP for Windows NT v1.1b) with SMTP id <8.00000091@host>; Mon, 13 Oct 2003 17:08:54 -0400
Date: Mon, 13 Oct 2003 17:06:49 -0400
From:        BMGMusicService <BMGMusicService@surf-picture.com>
Reply-to: reply@surf-picture.com
Error-path: bounces@surf-picture.com
Subject: Get Twelve CDs for the Price of One
To:  msm@GORDONWORKS.COM
Mime-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.060042-0400_edt.296336-1154+19281@ams.ftl.affinity.com>


X-Persona: <ValueWeb>
Received: from host ([67.107.209.212]) by ams.ftl.affinity.com with ESMTP id <260375-1140>; Tue, 14 Oct 2003 06:04:28 -0400
Received: from listserv1 (172.60.1.2:2301) by host (LSMTP for Windows NT v1.1b) with SMTP id <0.00000180@host>; Mon, 13 Oct 2003 17:15:11 -0400
Date: Mon, 13 Oct 2003 17:06:49 -0400
From:        BMGMusicService <BMGMusicService@surf-picture.com>
Reply-to: reply@surf-picture.com
Error-path: bounces@surf-picture.com
Subject: Get Twelve CDs for the Price of One
To:  jim@GORDONWORKS.COM
Mime-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.060428-0400_edt.260375-1140+19224@ams.ftl.affinity.com>


X-Persona: <ValueWeb>
Received: from cust_req_fwding (sd@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <726857-1141>; Tue, 14 Oct 2003 08:00:50 -0400
Received: from host ([67.107.209.213]) by ams.ftl.affinity.com with ESMTP id <4388390-1155>; Tue, 14 Oct 2003 07:59:41 -0400
Received: from listserv1 (172.60.1.2:2299) by host (LSMTP for Windows NT v1.1b) with SMTP id <7.00000183@host>; Mon, 13 Oct 2003 17:20:03 -0400
Date: Mon, 13 Oct 2003 17:06:49 -0400
From:        BMGMusicService <BMGMusicService@surf-picture.com>
Reply-to: reply@surf-picture.com

**abuse@level3.com, 10:29 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for the price of One**

Error-path: bounces@surf-picture.com
Subject: Get Twelve CDs for the Price of One
To: sd@GORDONWORKS.COM
Mime-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.075941-0400_edt.4388390-1155+20112@ams.ftl.affinity.com>


X-Persona: <ValueWeb>
Received: from cust_req_fwding (msm@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<379853-1048>; Fri, 24 Oct 2003 00:31:32 -0400
Received: from mail ([69.60.15.71]) by ams.ftl.affinity.com with ESMTP id <411911-1048>; Fri, 24 Oct 2003
00:30:43 -0400
Received: from listserv1 (172.60.1.2) by mail (LSMTP for Windows NT v1.1b) with SMTP id <1.000020F0@mail>;
Thu, 23 Oct 2003 17:12:24 -0700
Date: Thu, 23 Oct 2003 15:39:34 -0400
From:       BMGMusicService <BMGMusicService@gifts-items.com>
Reply-to: reply@gifts-items.com
Error-path: bounces@gifts-items.com
Subject: Get Twelve CDs for the Price of One
To: msm@GORDONWORKS.COM
Mime-Version: 1.0
Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.003043-0400_edt.411911-1048+4661@ams.ftl.affinity.com>



47265df.jpg

4726694.jpg

47267de.jpg

4726842.jpg

4726888.jpg

47268a6.jpg

**abuse@level3.com, 10:41 AM 11/2/2003 -0800, Fwd: Get 12 CDs for the price of 1**

To: abuse@level3.com
From: Jim Gordon <res08nqc@verizon.net>
Subject: Fwd: Get 12 CDs for the price of 1
Cc: abuse@valueweb.net; uce@ftc.gov; emailago@atg.wa.gov
Bcc:
Attached:


Abuse Team:

Please help me to stop the spamming by the sender, below.

Thank you,
Jim Gordon


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jsg33051@gordonworks.com) by
ams.ftl.affinity.com id <271416-1078>; Mon, 8 Sep 2003 20:53:30 -0400
Received: from ms12.iexpect.com ([216.74.167.140]) by ams.ftl.affinity.com with ESMTP id <275578-1077>; Mon,
8 Sep 2003 20:53:07 -0400
Received: from ms12.iexpect.com (127.0.0.1) by ms12.iexpect.com (PowerMTA(TM) v1.5); Mon, 8 Sep 2003
20:48:06 -0400 (envelope-from <139710320.BMGF2@bounce.iexpect.com>)
Message-ID: <139710320.1063068486277.BMGF2@ms12.iexpect.com>
Date: Mon, 8 Sep 2003 20:48:06 -0400 (EDT)
From:        Act Immediately <1063055503428@mailserver2.iexpect.com>
Reply-To: Act Immediately <specialoffers@iExpect.com>
To:          JAMES@GORDONWORKS.COM
Subject: Get 12 CDs for the price of 1
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530911025.1063068486279



[]
Choose from over 13,000 selections!



P.S. Forward this e-mail to your friends
so everyone can enjoy this unbeatable offer on CDs!

**abuse@level3.com, 10:41 AM 11/2/2003 -0800, Fwd: Get 12 CDs for the price of 1**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Please note this offer is for new members only.
Duplicate memberships cannot be processed.
This offer is valid for U.S. residents only.
Your privacy is extremely important to us. As a leader in permission-based email promotions, we are committed to delivering a highly
rewarding experience with great opportunities.

This email was sent to JAMES@GORDONWORKS.COM, by iexpect.com.
FOLLOW THIS LINK to clear your name from our list. ⸰

If you would like to contact iExpect.com directly regarding any privacy issues, please write or fax to:
P.O. Box 4135
South Hackensack, New Jersey, 07606
201-227-9700 (Fax)

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com
id <2298242-1072>; Mon, 8 Sep 2003 23:20:42 -0400
Received: from ms12.iexpect.com ([216.74.167.140]) by ams.ftl.affinity.com with ESMTP id <2298030-1075>; Mon,
8 Sep 2003 23:19:10 -0400
Received: from ms12.iexpect.com (127.0.0.1) by ms12.iexpect.com (PowerMTA(TM) v1.5); Mon, 8 Sep 2003
23:14:09 -0400 (envelope-from <139710320.BMGF1@bounce.iexpect.com>)
Message-ID: <139710320.1063077249547.BMGF1@ms12.iexpect.com>
Date: Mon, 8 Sep 2003 23:14:09 -0400 (EDT)
From:        Act Immediately <1063055425784@mailserver2.iexpect.com>
Reply-To: Act Immediately <specialoffers@iExpect.com>
To:  JAMES@GORDONWORKS.COM
Subject: Get 12 CDs for the price of 1
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530911030.1063077249549


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<220350-8201>; Fri, 31 Oct 2003 02:50:05 -0500
Received: from xoa54.etracks.com ([66.236.48.54]) by ams.ftl.affinity.com with SMTP id <222651-8186>; Fri, 31 Oct
2003 02:48:43 -0500
Date: Thu, 30 Oct 2003 23:47:39 -0800 (PST)
Message-ID: <juXshdftz2C3pdrthmhpCMeaOQk6y9ik17@interface.etracks.com>
To:  james@gordonworks.com
From:        "BMG Music" <itsimazing.h0pjtb@h0pjtb.emza.net>
Subject: Get 12 CDs for the Price of 1
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="-----------EF990506TS01"

**abuse@level3.com, 10:41 AM 11/2/2003 -0800, Fwd: Get 12 CDs for the price of 1**

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<466760-27582>; Fri, 19 Sep 2003 11:36:51 -0400
Received: from YMAIL01.YAYITSMAIL.COM ([64.5.201.54]) by ams.ftl.affinity.com with ESMTP id <466721-27582>;
Fri, 19 Sep 2003 11:36:35 -0400
Received: from Promisingoffers.com (10.169.169.142)
  by YMAIL01.YAYITSMAIL.COM with SMTP; 19 Sep 2003 07:38:24 +0000
X-VER: T1.0
FROM:       BMG Music Service <linkoffers@MAIL-LOL.COM>
TO: james@gordonworks.com
DATE: Fri, 19 Sep 2003 11:36:05 -0400
REPLY-TO: linkoffers@MAIL-LOL.COM
Illegal-Object: Syntax error in MESSAGE-ID: value found on ams.ftl.affinity.com:
     MESSAGE-ID:  100414-1288278718.7800406@MAIL-LOL.COM
                  ^                               ^-illegal end of message identification
                  \-illegal start of message identification
SUBJECT: Get 12 cds for the price of 1
MIME-VERSION: 1.0
CONTENT-TYPE: multipart/alternative; Boundary="--==--==_S_e_p_a_r_a_t_o_r_1"
Message-Id: <03Sep19.113651-0400_edt.466760-27582+2919@ams.ftl.affinity.com>


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<335304-11391>; Fri, 10 Oct 2003 19:28:01 -0400
Received: from mailer11.webstakes.com ([129.250.156.246]) by ams.ftl.affinity.com with ESMTP id <334614-
11398>; Fri, 10 Oct 2003 19:27:02 -0400
Received: from mailer1.webstakes.com (10.3.3.60)
  by mailer11.webstakes.com with SMTP; 10 Oct 2003 16:27:01 -0700
Message-Id: <2imf10$1j75u4i@bm1.colo.twnmailsvc.com>
To: james@gordonworks.com
Subject: Get 12 CDs for the price of 1
From:       "BMG Music Service" <greatdeals@webstakes.com>
Date: Fri, 10 Oct 2003 19:26:39 -0500
Reply-To: "Great Deals" <greatdeals@webstakes.com>
Content-Type: multipart/alternative;
     boundary="_____BoundaryOfDocument_____"
MIME-Version: 1.0; Windows-1252
Content-Transfer-Encoding: 8bit
X-PS-OMK-ID: annmn:[73Uf903Uf952iPbo012000003Uf90mTbSMTbPu]


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<215754-3201>; Mon, 27 Oct 2003 19:44:09 -0500
Received: from mailer11.webstakes.com ([129.250.156.246]) by ams.ftl.affinity.com with ESMTP id <215671-3197>;
Mon, 27 Oct 2003 19:43:06 -0500
Received: from mailer1.webstakes.com (10.3.3.62)
  by mailer11.webstakes.com with SMTP; 27 Oct 2003 16:43:04 -0800
Message-Id: <2jrg17$1kjnntl@bm1.colo.twnmailsvc.com>
To: james@gordonworks.com

---

abuse@level3.com, 10:41 AM 11/2/2003 -0800, Fwd: Get 12 CDs for the price of 1

Subject: Get 12 CDs for the price of 1
From:        "BMG Music Service" <greatdeals@webstakes.com>
Date: Mon, 27 Oct 2003 19:43:01 -0500
Reply-To: "Great Deals" <greatdeals@webstakes.com>
Content-Type: multipart/alternative;
       boundary="_____BoundaryOfDocument_____"
MIME-Version: 1.0; Windows-1252
Content-Transfer-Encoding: 8bit
X-PS-OMK-ID: annmn:[73Zli03Zli52iPbo012000003Zli0mTbSMTbPu]


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<217062-2940>; Thu, 25 Sep 2003 18:07:36 -0400
Received: from ms9.iexpect.com ([216.74.167.137]) by ams.ftl.affinity.com with ESMTP id <217429-2940>; Thu, 25
Sep 2003 18:07:05 -0400
Received: from ms9.iexpect.com (127.0.0.1) by ms9.iexpect.com (PowerMTA(TM) v1.5); Thu, 25 Sep 2003 18:15:39
-0400 (envelope-from <140674219.BMGD@bounce.iexpect.com>)
Message-ID: <140674219.1064528139517.BMGD@ms9.iexpect.com>
Date: Thu, 25 Sep 2003 18:15:39 -0400 (EDT)
From:        iExpect <special@mailserver2.iexpect.com>
Reply-To: iExpect <specialoffers@iExpect.com>
To: FAYE@GORDONWORKS.COM
Subject: Get 12 CDs for the price of 1
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530906497.1064528139520


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<729436-13155>; Thu, 11 Sep 2003 19:25:14 -0400
Received: from ms10.iexpect.com ([216.74.167.138]) by ams.ftl.affinity.com with ESMTP id <730481-13149>; Thu,
11 Sep 2003 19:24:08 -0400
Received: from ms10.iexpect.com (127.0.0.1) by ms10.iexpect.com (PowerMTA(TM) v1.5); Thu, 11 Sep 2003
19:20:40 -0400 (envelope-from <139710320.BMGD@bounce.iexpect.com>)
Message-ID: <139710320.1063322440206.BMGD@ms10.iexpect.com>
Date: Thu, 11 Sep 2003 19:20:40 -0400 (EDT)
From:        iExpect <1063310592946@mailserver2.iexpect.com>
Reply-To: iExpect <specialoffers@iexpect.com>
To: JAMES@GORDONWORKS.COM
Subject: Get 12 CDs for the price of 1
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530909358.1063322440209


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<8599875-18062>; Fri, 26 Sep 2003 16:21:11 -0400
Received: from ms9.iexpect.com ([216.74.167.137]) by ams.ftl.affinity.com with ESMTP id <2307512-18063>; Fri,
26 Sep 2003 16:20:20 -0400
Received: from ms9.iexpect.com (127.0.0.1) by ms9.iexpect.com (PowerMTA(TM) v1.5); Fri, 26 Sep 2003 16:28:54 -

abuse@level3.com, 10:41 AM 11/2/2003 -0800, Fwd: Get 12 CDs for the price of 1

0400 (envelope-from <140858515.BMGD@bounce.iexpect.com>)
Message-ID: <140858515.1064608133997.BMGD@ms9.iexpect.com>
Date: Fri, 26 Sep 2003 16:28:54 -0400 (EDT)
From:      iExpect <special@mailserver2.iexpect.com>
Reply-To: iExpect <specialoffers@iExpect.com>
To: JAMILA@GORDONWORKS.COM
Subject: Get 12 CDs for the price of 1
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530909397.1064608134000


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<3796463-26924>; Fri, 26 Sep 2003 16:41:00 -0400
Received: from ms9.iexpect.com ([216.74.167.137]) by ams.ftl.affinity.com with ESMTP id <3796548-26923>; Fri,
26 Sep 2003 16:39:27 -0400
Received: from ms9.iexpect.com (127.0.0.1) by ms9.iexpect.com (PowerMTA(TM) v1.5); Fri, 26 Sep 2003 16:48:01 -
0400 (envelope-from <140858392.BMGD@bounce.iexpect.com>)
Message-ID: <140858392.1064609280993.BMGD@ms9.iexpect.com>
Date: Fri, 26 Sep 2003 16:48:00 -0400 (EDT)
From:      iExpect <special@mailserver2.iexpect.com>
Reply-To: iExpect <specialoffers@iExpect.com>
To: JONATHAN@GORDONWORKS.COM
Subject: Get 12 CDs for the price of 1
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530912128.1064609280995


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<212627-23872>; Sat, 1 Nov 2003 18:41:19 -0500
Received: from xoa53.etracks.com ([66.236.48.53]) by ams.ftl.affinity.com with SMTP id <215681-23875>; Sat, 1
Nov 2003 18:40:47 -0500
Date: Sat,  1 Nov 2003 15:40:07 -0800 (PST)
Message-ID: <UObHeg0yGz2C3pCViUB8WQWu5nLigZMvsa4M12@interface.etracks.com>
To: jonathan@gordonworks.com
From:      "Ultimate Music Deal" <offerswithoutlimits.4qiz0d9@4qiz0d9.lnk2c.com>
Subject: Get 12 CDs for the Price of 1
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<214971-23167>; Sun, 26 Oct 2003 11:53:57 -0500
Received: from uranus.netoes.com ([64.95.116.109]) by ams.ftl.affinity.com with SMTP id <214848-23171>; Sun, 26
Oct 2003 11:52:56 -0500
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_1067187802205930"

**abuse@level3.com, 10:41 AM 11/2/2003 -0800, Fwd: Get 12 CDs for the price of 1**

MIME-Version: 1.0
Date: Sun, 26 Oct 2003 17:03:22 GMT
Message-Id: <1zayL1Mll4ix35KNQJJFHAukS7hClHf@1zayLf0PPiMbhjy14xxtvoYO6ILqPvJ>
To: faye@gordonworks.com
From:      "Ultimate Music Deal" <1zayLSnCCV9OUWIorkkgibLBtY8dCi6-15029@lof.reply.4o-1.com>
Subject: Get 12 CDs for the Price of 1


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <217433-1083>; Sat, 25 Oct 2003 11:43:38 -0400
Received: from mars.netoes.com ([64.95.116.106]) by ams.ftl.affinity.com with SMTP id <216888-1081>; Sat, 25 Oct 2003 11:38:52 -0400
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_---------=_106709693731834"
MIME-Version: 1.0
Date: Sat, 25 Oct 2003 15:48:57 GMT
Message-Id: <1zZzoctIUnrUino246yxstIUJ0eDi7d5@1zZzozGfrAEr5ABPRTLKFG8rgN1a5U0S>
To: james@gordonworks.com
From:      "Ultimate Music Deal" <1zZzo3KjvElv9EFTVXPOJKCvkR5e9Y4W-14914@wnt.reply.4o-1.com>
Subject: Get 12 CDs for the Price of 1


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <216028-17178>; Sun, 26 Oct 2003 07:30:24 -0500
Received: from mars.netoes.com ([64.95.116.106]) by ams.ftl.affinity.com with SMTP id <216606-17174>; Sun, 26 Oct 2003 07:22:50 -0500
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_---------=_10671715922631531"
MIME-Version: 1.0
Date: Sun, 26 Oct 2003 12:33:12 GMT
Message-Id: <1zYxwk1Qcr2NzCGGTUVMKEE5nbHuSvSwI@1zYxwm3Set4P1EIIVWXOMGG7pdJwUxUyK>
To: jamila@gordonworks.com
From:      "Ultimate Music Deal" <1zYxwVmBNcn8kx11EFG75zzqYM2fDgDh3-15029@lof.reply.4o-1.com>
Subject: Get 12 CDs for the Price of 1


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <245331-23167>; Sun, 26 Oct 2003 08:18:42 -0500
Received: from mars.netoes.com ([64.95.116.106]) by ams.ftl.affinity.com with SMTP id <735192-23247>; Sun, 26 Oct 2003 07:40:33 -0500
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_---------=_10671726542508658"
MIME-Version: 1.0
Date: Sun, 26 Oct 2003 12:50:54 GMT
Message-Id: <1zbzk7OnnSips8CGAB8B5qhQ6hDnKj@1zbzkhyNN2lPSimqkIilfQH0gHnNuJ>
To: jay@gordonworks.com
From:      "Ultimate Music Deal" <1zbzkhyNN2lPSimqkIilfQH0gHnNuJ-15029@lof.reply.4o-1.com>
Subject: Get 12 CDs for the Price of 1

X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<219337-1085>; Sat, 25 Oct 2003 03:44:39 -0400
Received: from mercury.netoes.com ([64.95.116.103]) by ams.ftl.affinity.com with SMTP id <219173-1081>; Sat, 25
Oct 2003 03:43:09 -0400
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_10670673352954093"
MIME-Version: 1.0
Date: Sat, 25 Oct 2003 07:35:35 GMT
Message-Id: <1zWyPRit4RUi28itvt432rnfdS8uY9f7TwL@1zWyPDUfqDGUouUfhfqpodZRPEugKvRtFi7>
To: jonathan@gordonworks.com
From:       "Ultimate Music Deal" <1zWyPMdozMPdx3doqozyxmiaYN3pT4a2OrG-14914@wnt.reply.4o-1.com>
Subject: Get 12 CDs for the Price of 1

X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<4382499-2715>; Sun, 26 Oct 2003 08:27:27 -0500
Received: from uranus.netoes.com ([64.95.116.109]) by ams.ftl.affinity.com with SMTP id <400303-2707>; Sun, 26
Oct 2003 08:26:31 -0500
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_10671754131442440"
MIME-Version: 1.0
Date: Sun, 26 Oct 2003 13:36:53 GMT
Message-Id: <1zWyNyFQby1FZfFQSQbaZOKCAzfR5gCd8au@1zWyNzGRcz2GagGRTRcbaPLDB0gS6hDe9bv>
To: jonathan@gordonworks.com
From:       "Ultimate Music Deal" <1zWyNFWhsFIWqwWhjhsrqfbTRGwiMxTuPrB-15029@lof.reply.4o-1.com>
Subject: Get 12 CDs for the Price of 1

X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<521736-21965>; Sat, 1 Nov 2003 17:31:37 -0500
Received: from ina229.etracks.com ([63.251.59.229]) by ams.ftl.affinity.com with SMTP id <519773-21963>; Sat, 1
Nov 2003 17:30:59 -0500
Date: Sat,  1 Nov 2003 14:36:15 -0800 (PST)
Message-ID: <72DA4HGpCOGwMCusn2nlwUzm5HfbqWQf30@interface.etracks.com>
To: jamila@gordonworks.com
From:       "Ultimate Music Deal" <offerswithoutlimits.4qiz0d9@4qiz0d9.ivbs.net>
Subject: Get 12 CDs for the Price of 1
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"

X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id

**abuse@level3.com, 10:41 AM 11/2/2003 -0800, Fwd: Get 12 CDs for the price of 1**

---

<220271-9009>; Sat, 1 Nov 2003 18:45:02 -0500
Received: from xoa61.etracks.com ([66.236.48.61]) by ams.ftl.affinity.com with SMTP id <220668-9017>; Sat, 1 Nov 2003 18:44:10 -0500
Date: Sat,  1 Nov 2003 15:40:39 -0800 (PST)
Message-ID: <aU5JWAC1r58yqUTzTdpZce0YQVMJLQ41@interface.etracks.com>
To:  jay@gordonworks.com
From:       "Ultimate Music Deal" <offerswithoutlimits.4qiz0d9@4qiz0d9.lnk2c.com>
Subject: Get 12 CDs for the Price of 1
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <224073-5223>; Sat, 1 Nov 2003 16:17:03 -0500
Received: from xoa68.etracks.com ([66.236.48.68]) by ams.ftl.affinity.com with SMTP id <223669-5213>; Sat, 1 Nov 2003 16:16:00 -0500
Date: Sat,  1 Nov 2003 13:19:35 -0800 (PST)
Message-ID: <FQ3I7ZY0OydWB8XTzTdpZce0YQVMJLQ25@interface.etracks.com>
To:  faye@gordonworks.com
From:       "Ultimate Music Deal" <offerswithoutlimits.4qiz0d9@4qiz0d9.lnk2c.com>
Subject: Get 12 CDs for the Price of 1
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <229303-9014>; Sat, 1 Nov 2003 17:47:56 -0500
Received: from ina229.etracks.com ([63.251.59.229]) by ams.ftl.affinity.com with SMTP id <230916-9017>; Sat, 1 Nov 2003 17:47:09 -0500
Date: Sat,  1 Nov 2003 14:52:25 -0800 (PST)
Message-ID: <WewTnLcESrcDPRS9MIMPcfNWC2F0thmF42@interface.etracks.com>
To:  james@gordonworks.com
From:       "Ultimate Music Deal" <offerswithoutlimits.4qiz0d9@4qiz0d9.ivbs.net>
Subject: Get 12 CDs for the Price of 1
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


 47d0b83.jpg

47d0c19.jpg

---

**abuse@level3.com, 10:41 AM 11/2/2003 -0800, Fwd: Get 12 CDs for the price of 1**

47d0d6d.jpg

47d0dc7.jpg

47d0e2c.jpg

47d0e7c.jpg

47d0ee0.jpg

47d0f44.jpg

47d0fc6.jpg

47d108f.jpg

47d10df.jpg

47d1139.jpg

47d1189.jpg

47d11e3.jpg

**abuse@level3.com, 10:55 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for One**

To: abuse@level3.com
From: Jim Gordon <res08nqc@verizon.net>
Subject: Fwd: Get Twelve CDs for One
Cc: abuse@valueweb.net; uce@ftc.gov, emailago@atg.wa.gov
Bcc:
Attached:


Abuse Team:

Please help me to stop the spamming by the sender, below.

Thank you,
Jim Gordon


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<724773-17004>; Fri, 26 Sep 2003 23:05:47 -0400
Received: from venus.Netoes.com ([64.95.116.104]) by ams.ftl.affinity.com with SMTP id <736615-17005>; Fri, 26
Sep 2003 23:05:21 -0400
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_1064631220628468"
MIME-Version: 1.0
Date: Sat, 27 Sep 2003 02:53:40 GMT
Message-Id: <1zayNg1QQjNcikz25yyuwpZP7mMvLpM@1zayNvGffycrxzEHKDD9B4oeM1bAa4b>
To:        faye@gordonworks.com
From:      "BMG Music Service" <BMG_Music_Service-14101464@11940.inbound.netoes.com>
Subject: Get Twelve CDs for One

**abuse@level3.com, 10:55 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for One**



**P.S. Forward this e-mail to your friends so everyone can enjoy
this unbeatable offer on CDs!**

Thank you for being a Why-Not-Try member. If you no
longer wish to be a member and receive our emails click here.

`

X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<225880-21087>; Fri, 3 Oct 2003 00:22:28 -0400
Received: from xoa62.etracks.com ([66.236.48.62]) by ams.ftl.affinity.com with SMTP id <268891-18119>; Thu, 2
Oct 2003 21:23:31 -0400
Date: Thu,  2 Oct 2003 18:20:56 -0800 (PDT)
Message-ID: <FlTnjnFUqydWB8XTzTdpZce0YQVMJLQ2e@interface.etracks.com>
To: faye@gordonworks.com
From:      "BMG Music Service" <itsimazing@49u0chv.djkf.net>
Subject: Get Twelve CDs for One
X-Accept-Language: en
MIME-Version: 1.0

**abuse@level3.com, 10:55 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for One**

Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<268942-3501>; Sat, 11 Oct 2003 19:19:04 -0400
Received: from ina227.etracks.com ([63.251.59.227]) by ams.ftl.affinity.com with SMTP id <269600-3493>; Sat, 11
Oct 2003 19:18:19 -0400
Date: Sat, 11 Oct 2003 16:22:05 -0800 (PDT)
Message-ID: <WgZ35BIHfk-WJGylrcrWxSDHKwLq42CL4d@interface.etracks.com>
To: faye@gordonworks.com
From:        "BMG Music Service" <americantravelers@4mwabv5.uive.net>
Subject: Get Twelve CDs for One
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<726577-23975>; Fri, 12 Sep 2003 20:11:32 -0400
Received: from saturn.netoes.com ([64.95.116.108]) by ams.ftl.affinity.com with SMTP id <1257525-23974>; Fri, 12
Sep 2003 20:10:25 -0400
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_106341165731131032"
MIME-Version: 1.0
Date: Sat, 13 Sep 2003 00:07:37 GMT
Message-Id: <1zZzwizOatxaotu8AC43yzraP6kJsJnF@1zZzw7OnzIMzDIJXZbTSNOGzoV9iHiCe>
To: james@gordonworks.com
From:        "BMG Music Service" <BMG_Music_Service-12812543@10734.inbound.netoes.com>
Subject: Get Twelve CDs for One


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<4401088-7501>; Thu, 25 Sep 2003 23:15:13 -0400
Received: from ina226.etracks.com ([63.251.59.226]) by ams.ftl.affinity.com with SMTP id <8599482-7505>; Thu, 25
Sep 2003 23:14:06 -0400
Date: Thu, 25 Sep 2003 20:06:44 -0800 (PDT)
Message-ID: <WaK95J3bgABG8qLlknk8BFThHld3u-Wd4e@interface.etracks.com>
To: james@gordonworks.com
From:        "BMG Music Service" <itsimazing@djkf.net>
Subject: Get Twelve CDs for One
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"

**abuse@level3.com, 10:55 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for One**

---

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<305683-28616>; Sat, 11 Oct 2003 19:20:00 -0400
Received: from xoa68.etracks.com ([66.236.48.68]) by ams.ftl.affinity.com with SMTP id <305646-28610>; Sat, 11
Oct 2003 19:18:35 -0400
Date: Sat, 11 Oct 2003 16:21:30 -0800 (PDT)
Message-ID: <7oLw3gTzm86XlhT0mABAhXLG2EcetilHe2d@interface.etracks.com>
To: james@gordonworks.com
From:        "BMG Music Service" <americantravelers@4mwabv5.imcid.net>
Subject: Get Twelve CDs for One
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<214342-26921>; Fri, 26 Sep 2003 23:12:58 -0400
Received: from saturn.Netoes.com ([64.95.116.108]) by ams.ftl.affinity.com with SMTP id <215963-26924>; Fri, 26
Sep 2003 23:11:54 -0400
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_10646324261582268"
MIME-Version: 1.0
Date: Sat, 27 Sep 2003 03:13:46 GMT
Message-Id: <1zYxyp6Vhw7S4HLLYZaRPJJAsgMzX4SuP@1zYxys9YkzAV7KOObcdUSMMDvjP2a7VxS>
To: jamila@gordonworks.com
From:        "BMG Music Service" <BMG_Music_Service-14101482@11940.inbound.netoes.com>
Subject: Get Twelve CDs for One


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<1251526-7301>; Fri, 19 Sep 2003 20:17:27 -0400
Received: from uranus.netoes.com ([64.95.116.109]) by ams.ftl.affinity.com with SMTP id <2307678-7263>; Fri, 19
Sep 2003 20:16:13 -0400
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_1064016944220175"
MIME-Version: 1.0
Date: Sat, 20 Sep 2003 00:15:44 GMT
Message-Id: <1zbzto5UU9PWZptxrspsmXO7nOyU0X@1zbzt7OnnSips8CGAB8B5qhQ6hHnJq>
To: jay@gordonworks.com
From:        "BMG Music Service" <BMG_Music_Service-13343774@11431.inbound.netoes.com>
Subject: Get Twelve CDs for One


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<213414-27391>; Fri, 26 Sep 2003 23:13:42 -0400
Received: from pluto.Netoes.com ([64.95.116.111]) by ams.ftl.affinity.com with SMTP id <213566-27389>; Fri, 26

---

**abuse@level3.com, 10:55 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for One**

Sep 2003 23:13:15 -0400
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_10646325053093267"
MIME-Version: 1.0
Date: Sat, 27 Sep 2003 03:15:05 GMT
Message-Id: <1zWyLEVgrEHVpWgigrqpeaSQFvhLwSxJjC@1zWyLizALiIzJPzACALKJ84wujPBpQwRnDg>
To:  jonathan@gordonworks.com
From:       "BMG Music Service" <BMG_Music_Service-14101489@11940.inbound.netoes.com>
Subject: Get Twelve CDs for One


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<216477-1077>; Sun, 19 Oct 2003 18:33:25 -0400
Received: from xoa63.etracks.com ([66.236.48.63]) by ams.ftl.affinity.com with SMTP id <227616-1072>; Sun, 19
Oct 2003 18:32:34 -0400
Date: Sun, 19 Oct 2003 15:29:00 -0800 (PDT)
Message-ID: <ZBihxJLiqbshnOBwBmjopCVESRTH5S0f@interface.etracks.com>
To:  jay@gordonworks.com
From:       "BMG Music" <offers4you@gszv6f.imcid.net>
Subject: Get Twelve CDs for One
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<253810-24998>; Sun, 19 Oct 2003 18:38:15 -0400
Received: from xoa63.etracks.com ([66.236.48.63]) by ams.ftl.affinity.com with SMTP id <252793-25003>; Sun, 19
Oct 2003 18:38:09 -0400
Date: Sun, 19 Oct 2003 15:34:35 -0800 (PDT)
Message-ID: <HomMsTzmauqMUClrY0YUqGKosbgW2S6g0d@interface.etracks.com>
To:  james@gordonworks.com
From:       "BMG Music" <offers4you@gszv6f.uive.net>
Subject: Get Twelve CDs for One
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<473045-853>; Sat, 4 Oct 2003 17:47:36 -0400
Received: from ina225.etracks.com ([63.251.59.225]) by ams.ftl.affinity.com with SMTP id <472808-833>; Sat, 4
Oct 2003 17:46:59 -0400
Date: Sat,  4 Oct 2003 14:42:56 -0800 (PDT)
Message-ID: <W4rwGwhmjZg6bkHsa4abgWARzThwxq7h50@interface.etracks.com>
To:  james@gordonworks.com

**abuse@level3.com, 10:55 AM 11/2/2003 -0800, Fwd: Get Twelve CDs for One**

From:        "BMG Music" <offerswithoutlimits@4lqhpym.djkf.net>
Subject: Get Twelve CDs for One
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="------------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (business@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<218682-23096>; Sat, 18 Oct 2003 15:09:07 -0400
Received: from mail.savingsnotice.com ([64.253.204.228]) by ams.ftl.affinity.com with ESMTP id <220298-23103>;
Sat, 18 Oct 2003 15:08:20 -0400
Received: from savingsnotice.com (192.168.1.13)
  by mail.savingsnotice.com with SMTP; 18 Oct 2003 15:08:19 -0400
From:        Savings Notice <1382-717439-unsubscribe@savingsnotice.com>
To: business@gordonworks.com
Subject: Get 12 CDs for the Price of 1!
Date: Sat, 18 Oct 2003 13:06:18 -0400
Content-Type: multipart/alternative;
        boundary="= Multipart Boundary 717439"
Priority: 3
Mime-Version: 1.0
Message-Id: <03Oct18.150820-0400_edt.220298-23103+6050@ams.ftl.affinity.com>


X-Persona: <ValueWeb>
Received: from cust_req_fwding (sd@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<218770-10193>; Sat, 18 Oct 2003 15:10:45 -0400
Received: from mail3.savingsnotice.com ([64.253.204.230]) by ams.ftl.affinity.com with ESMTP id <213362-10194>;
Sat, 18 Oct 2003 15:10:18 -0400
Received: from savingsnotice.com (192.168.1.13)
  by mail3.savingsnotice.com with SMTP; 18 Oct 2003 15:10:17 -0400
From:        Savings Notice <1382-729651-unsubscribe@savingsnotice.com>
To: sd@gordonworks.com
Subject: Get 12 CDs for the Price of 1!
Date: Sat, 18 Oct 2003 13:06:18 -0400
Content-Type: multipart/alternative;
        boundary="= Multipart Boundary 729651"
Priority: 3
Mime-Version: 1.0
Message-Id: <03Oct18.151018-0400_edt.213362-10194+10963@ams.ftl.affinity.com>


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<217751-9016>; Sat, 1 Nov 2003 13:07:25 -0500
Received: from ina100.etracks.com ([63.251.59.100]) by ams.ftl.affinity.com with SMTP id <224129-9017>; Sat, 1
Nov 2003 13:06:44 -0500
Date: Sat,  1 Nov 2003 10:06:09 -0800 (PST)
Message-ID: <LhQ2yP9EIHYDsAu-W-DHkJ9Zmjoblaj79@interface.etracks.com>

To:  james@gordonworks.com
From:       "Music Promo" <idealclicks@response.etracks.com>
Subject: Get 12 CDs for the Price of 1!
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="-----------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (msm@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<212896-5218>; Sat, 1 Nov 2003 12:42:04 -0500
Received: from xoa54.etracks.com ([66.236.48.54]) by ams.ftl.affinity.com with SMTP id <219099-5219>; Sat, 1 Nov
2003 12:41:36 -0500
Date: Sat,  1 Nov 2003 09:40:48 -0800 (PST)
Message-ID: <A94QXpt1gDXnevxvHfb9EMj0TgwK079@interface.etracks.com>
To:  msm@gordonworks.com
From:       "Music Promo" <idealclicks@response.etracks.com>
Subject: Get 12 CDs for the Price of 1!
X-Accept-Language: en
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="-----------EF990506TS01"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (msm@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com
id <234012-20266>; Fri, 15 Aug 2003 02:26:46 -0400
Received: from j2.fyispecials.com ([63.215.90.68]) by ams.ftl.affinity.com with ESMTP id <228194-20279>; Fri, 15
Aug 2003 02:25:31 -0400
Message-Id: <2dnuni$r6puhc@fyispecials.com>
To:  msm@gordonworks.com
Date: Thu, 14 Aug 2003 22:48:28 -0800
From:       CD Collection <SoundCollection@fyispecials.com>
Subject: 12 CDs for the price of 1
MIME-Version: 1.0
X-Mailer-Version: 23141385
Content-type: text/html


 489f38f.jpg

489f515.jpg

489f55c.jpg

**abuse@level3.com, 11:55 AM 11/12/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**

To: abuse@level3.com
From: Jim Gordon <res08nqc@verizon.net>
Subject: Fwd: 12 CDs for the price of 1 - nothing more to buy
Cc: abuse@valueweb.net; uce@ftc.gov; emailago@atg.wa.gov
Bcc:
Attached:


Abuse Team:

Please help me to stop the spamming by the sender(s), below.

Thank you,
Jim Gordon


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<221277-16998>; Tue, 11 Nov 2003 10:00:44 -0500
Received: from mercury.netoes.com ([64.95.116.103]) by ams.ftl.affinity.com with SMTP id <225843-17001>; Tue,
11 Nov 2003 10:00:29 -0500
Received: (mercury.netoes.com 17356 invoked from network) with SMTP id
<1zZzvbsHTmqThmn135xwrskTIzdCe9b1>; Tue, 11 Nov 2003 06:49:35 -0800
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_---------=_10685621751044371"
MIME-Version: 1.0
From:      "BMG Music" <1zZzvm3Sex1esxyCEG8723veTAoNpKmC@17356.reply.4o-1.com>
To:        james@gordonworks.com
Subject: 12 CDs for the price of 1 - nothing more to buy
Date: Tue, 11 Nov 2003 06:49:35 -0800
Message-Id: <1zZzv4LkwFJwAFGUWYQPKLDwlS6f7c4U@1zZzvk1QcvzcqwACE6501tcR8mLnIkA.4o-1.com>

**abuse@level3.com, 11:55 AM 11/12/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**



**P.S. Forward this e-mail to your friends so everyone can enjoy this unbeatable offer on CDs!**

Thank you for being a Why-Not-Try member. If you no longer wish to be a member and receive our offers click here.

`

X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <223765-15295>; Tue, 11 Nov 2003 10:53:12 -0500
Received: from jupiter.netoes.com ([64.95.116.107]) by ams.ftl.affinity.com with SMTP id <224067-15295>; Tue, 11 Nov 2003 10:52:33 -0500
Received: (jupiter.netoes.com 17356 invoked from network) with SMTP id <1zWyECTepCFTntTegeponcYQODtfJuQpHg3>; Tue, 11 Nov 2003 07:38:25 -0800
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_106856510514493265"
MIME-Version: 1.0
From:       "BMG Music" <1zWyEfw7lfiwGMw797lHG51trgM8mNtlk9W@17356.reply.4o-1.com>
To: jonathan@gordonworks.com

abuse@level3.com, 11:55 AM 11/12/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy

Subject: 12 CDs for the price of 1 - nothing more to buy
Date: Tue, 11 Nov 2003 07:38:25 -0800
Message-Id: <1zWyEHYjuHKYsyYjljutshdVTlykOzVuMl8@1zWyEHYjuHKYsyYjljutshdVTlykOzVuMl8.4o-1.com>


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <241018-6353>; Wed, 12 Nov 2003 00:55:07 -0500
Received: from m05.suchamazingoffers.com ([66.78.3.20]) by ams.ftl.affinity.com with ESMTP id <241258-6350>; Wed, 12 Nov 2003 00:54:21 -0500
Received: from sao01 (198.64.140.172) by m05.suchamazingoffers.com (LSMTP for Windows NT v1.1b) with SMTP id <10.0000060D@m05.suchamazingoffers.com>; Wed, 12 Nov 2003 0:06:56 -0500
Date: Tue, 11 Nov 2003 23:59:42 -0500
From:         BMG Music <amtrav@45569456.com>
Reply-to: amtrav@45569456.com
Subject: 12 CDs for the price of 1 - nothing more to buy
To:  FAYE@GORDONWORKS.COM
Message-ID: <200311112355.381266@return01.suchamazingoffers.com>
MIME-Version: 1.0
Content-Type: multipart/alternative;boundary="--==--==_Seperator1"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <240259-26651>; Wed, 12 Nov 2003 00:55:38 -0500
Received: from m05.suchamazingoffers.com ([66.78.3.20]) by ams.ftl.affinity.com with ESMTP id <240242-26652>; Wed, 12 Nov 2003 00:54:21 -0500
Received: from sao01 (198.64.140.172) by m05.suchamazingoffers.com (LSMTP for Windows NT v1.1b) with SMTP id <10.0000060D@m05.suchamazingoffers.com>; Wed, 12 Nov 2003 0:06:56 -0500
Date: Tue, 11 Nov 2003 23:59:42 -0500
From:         BMG Music <amtrav@45569456.com>
Reply-to: amtrav@45569456.com
Subject: 12 CDs for the price of 1 - nothing more to buy
To:  JAMES@GORDONWORKS.COM
Message-ID: <200311112355.363783@return01.suchamazingoffers.com>
MIME-Version: 1.0
Content-Type: multipart/alternative;boundary="--==--==_Seperator1"


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <214498-13823>; Wed, 12 Nov 2003 06:22:08 -0500
Received: from jupiter.netoes.com ([64.95.116.107]) by ams.ftl.affinity.com with SMTP id <227504-13820>; Wed, 12 Nov 2003 06:21:00 -0500
Received: (jupiter.netoes.com 17623 invoked from network) with SMTP id <1zayJPk99S6LRTilohhdfYl8qV5Y1X1>; Wed, 12 Nov 2003 03:06:40 -0800
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_106863520045131"
MIME-Version: 1.0
From:         "BMG Music Service" <1zayJavKKdHWcetwzssoqjTJ1gGjCiC@17623.reply.4o-1.com>
To: faye@gordonworks.com

**abuse@level3.com, 11:55 AM 11/12/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**

Subject: 12 CDs for the price of 1 - nothing more to buy
Date: Wed, 12 Nov 2003 03:06:40 -0800
Message-Id: <1zayJBWwEs7DFUXaTTPRK4ucHrKnJn@1zayJSnCCV9OUWIorkkgibLBtY8b4a4.4o-1.com>


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <241127-9111>; Wed, 12 Nov 2003 10:36:01 -0500
Received: from pluto.netoes.com ([64.95.116.111]) by ams.ftl.affinity.com with SMTP id <243106-9106>; Wed, 12 Nov 2003 10:34:44 -0500
Received: (pluto.netoes.com 17623 invoked from network) with SMTP id <1zbzyuBaaFVcfvz3xyvysdUDtUySzU>; Wed, 12 Nov 2003 07:50:43 -0800
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_10686522431310970"
MIME-Version: 1.0
From:       "BMG Music Service" <1zbzywDccHXehx15z0x0ufWFvW0U1W@17623.reply.4o-1.com>
To:  jay@gordonworks.com
Subject: 12 CDs for the price of 1 - nothing more to buy
Date: Wed, 12 Nov 2003 07:50:43 -0800
Message-Id: <1zbzyxEddlYfiy2601y1vgXGwX1V2X@1zbzyk1QQ5LSVlptnoloiTK3jKolpK.4o-1.com>


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <238426-4536>; Wed, 12 Nov 2003 10:41:25 -0500
Received: from mercury.netoes.com ([64.95.116.103]) by ams.ftl.affinity.com with SMTP id <241049-4540>; Wed, 12 Nov 2003 10:40:40 -0500
Received: (mercury.netoes.com 17623 invoked from network) with SMTP id <1zZzwFWv7QU7LQRfhjbaVWO7wdHqIkFi>; Wed, 12 Nov 2003 07:29:35 -0800
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_1068650975224466"
MIME-Version: 1.0
From:       "BMG Music Service" <1zZzwo5Ugz3guz0EGIA945xgVCqPrJoH@17623.reply.4o-1.com>
To:  james@gordonworks.com
Subject: 12 CDs for the price of 1 - nothing more to buy
Date: Wed, 12 Nov 2003 07:29:35 -0800
Message-Id: <1zZzwhyNZswZnst79B32xyqZO5jlkChA@1zZzwWnCOhlOchiwy0srmnfODuY7Z1Wz.4o-1.com>


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <215589-6192>; Wed, 12 Nov 2003 10:42:29 -0500
Received: from jupiter.netoes.com ([64.95.116.107]) by ams.ftl.affinity.com with SMTP id <214671-6191>; Wed, 12 Nov 2003 10:41:30 -0500
Received: (jupiter.netoes.com 17623 invoked from network) with SMTP id <1zYyAo5Ugv6R3GKKXYZQOII9rfLyWxOsK>; Wed, 12 Nov 2003 07:27:07 -0800
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_1068650827391133"
MIME-Version: 1.0
From:       "BMG Music Service" <1zYyANe3FUf0cptt678zxrriQEuX5WxRt@17623.reply.4o-1.com>
To:  jamila@gordonworks.com

**abuse@level3.com, 11:55 AM 11/12/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**

Subject: 12 CDs for the price of 1 - nothing more to buy
Date: Wed, 12 Nov 2003 07:27:07 -0800
Message-Id: <1zYyAOf4GVg1dquu7890yssjRFvY6XySu@1zYyA9Qp1GRmObffstuljddUC0gJrljDf.4o-1.com>

X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <233667-18636>; Wed, 12 Nov 2003 11:34:27 -0500
Received: from venus.netoes.com ([64.95.116.104]) by ams.ftl.affinity.com with SMTP id <222191-18633>; Wed, 12 Nov 2003 11:32:57 -0500
Received: (venus.netoes.com 17623 invoked from network) with SMTP id <1zWyHev6HehvFLv686HGF40sqfL7lMsHg8Y>; Wed, 12 Nov 2003 08:09:11 -0800
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_1068653351553143"
MIME-Version: 1.0
From:        "BMG Music Service" <1zWyHOfq1ORfz5fqsq10zokcaP5rV6c1QsI@17623.reply.4o-1.com>
To:  jonathan@gordonworks.com
Subject: 12 CDs for the price of 1 - nothing more to buy
Date: Wed, 12 Nov 2003 08:09:11 -0800
Message-Id: <1zWyHJalwJMau0alnlwvujfXVK0mQ1XwLnD@1zWyHKbmxKNbv1bmomxwvkgYWL1nR2YxMoE.4o-1.com>

X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <492071-29268>; Wed, 5 Nov 2003 16:00:25 -0500
Received: from mail9.interactivemktg-corp.com ([69.56.14.24]) by ams.ftl.affinity.com with SMTP id <494461-29268>; Wed, 5 Nov 2003 15:58:51 -0500
Message-ID: <14570547.1068043743251.JavaMail.root@ovxiaxpmvo.interactivemktg-corp.com>
Date: Wed, 5 Nov 2003 08:49:03 -0600 (CST)
From:        BMG Music Service <r-195296814-8773@ovxiaxpmvo.interactivemktg-corp.com>
Reply-To: BMG Music Service <r-195296814-8773@ovxiaxpmvo.interactivemktg-corp.com>
To:  Faye Gordon <faye@gordonworks.com>
Subject: Get Twelve CDs For The Price Of One
Mime-Version: 1.0
Content-Type: multipart/alternative;
       boundary="_----------=_590999940658145709253"
X-im: ujfajmmadbzqjqzjamwagwfb bzqgbjgwfqpzfddm pfmfpjdwa

X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <213912-31251>; Fri, 7 Nov 2003 17:03:30 -0500
Received: from m5.e-i1.com ([63.251.54.75]) by ams.ftl.affinity.com with SMTP id <215905-31251>; Fri, 7 Nov 2003 17:02:25 -0500
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_----------=_106824174612346180"
MIME-Version: 1.0
Date: Fri, 07 Nov 2003 21:49:06 GMT
Message-Id: <1zayEavKKdHWcetwzssoqjTJ1gGkBa5@1zayERmBBU8NTVknqjjfhaKAsX7b2Rw>

**abuse@level3.com, 11:55 AM 11/12/2003 -0800, Fwd: 12 CDs for the price of 1 - nothing more to buy**

To: faye@gordonworks.com
From:        "BMG Music Service" <1zayEi3SSIPekm14700wyrbR9oOsJiD-16892@klted.reply.Katillist.com>
Subject: Get Twelve CDs for the price of One


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <213184-31275>; Fri, 7 Nov 2003 21:31:08 -0500
Received: from c1.e-i1.com ([63.251.54.91]) by ams.ftl.affinity.com with SMTP id <214065-31267>; Fri, 7 Nov 2003 21:29:58 -0500
Content-Transfer-Encoding: binary
Content-Type: multipart/alternative; boundary="_-----------=_106825724414599532"
MIME-Version: 1.0
Date: Sat, 08 Nov 2003 02:07:24 GMT
Message-Id: <1zZztbsHTmqThmn135xwrskTlzdCf5Tx@1zZztarGSIpSglm024wvqrjSHycBe4Sw>
To: james@gordonworks.com
From:        "BMG Music Service" <1zZztlZyATXAOTUikmedYZRAzgKtMmAe-16892@klted.reply.Katillist.com>
Subject: Get Twelve CDs for the price of One


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <212923-5960>; Sat, 8 Nov 2003 15:35:34 -0500
Received: from OMAIL06.WOWNEWMAIL.COM ([64.5.201.67]) by ams.ftl.affinity.com with ESMTP id <216011-5964>; Sat, 8 Nov 2003 15:34:35 -0500
X-VER: 3.5
X-CLIENTID: 204
FROM:        BMG Music Service <Ari@cashnowsweeps.com>
TO: <JAMES@GORDONWORKS.COM>
DATE: Sat, 08 Nov 2003 15:33:05 -0400
REPLY-TO: <Ari@cashnowsweeps.com>
MESSAGE-ID: <17388--2052417370.1260564@cashnowsweeps.com>
SUBJECT: JAMES Sweepstakes: 12 CDs for the price of 1 - nothing more to buy
MIME-VERSION: 1.0
CONTENT-TYPE: multipart/alternative;Boundary="-==--==_S_e_p_a_r_a_t_o_r_1"

[x] 99d29c5.jpg

[x] 99d2b38.jpg

[x] 99d2b88.jpg

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

To: abuse@level3.com
From: Jim Gordon <res08nqc@verizon.net>
Subject: Fwd: FreeElleven CDs to get, Get Now - - with membership
Cc: abuse@wcg.net
Bcc: abuse@valueweb.net; uce@ftc.gov, emailago@atg.wa.gov
Attached:


Abuse Team:

Please help me to stop the spamming by the sender(s), below.

Thank you,
Jim Gordon


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<333661-18163>; Tue, 7 Oct 2003 03:36:57 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <333450-18148>;
Tue, 7 Oct 2003 03:36:06 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
            ^          ^illegal special character in phrase
            \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                    ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:   Immediately <gfts2-2-101_1-33903-849285@r.wow-offer.com>
                    ^missing semicolon to end mail group
From:       <2-101_1-33903-849285@b.wow-offer.com>
To:         faye@gordonworks.com
Date: Tue, 07 Oct 2003 07:28:34 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-33903-849285@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1028


*******************************************************************
Please reply by:     Immediately
Free CDs you get: 11

Your Savings:            $197.78
*******************************************************************


    http://www.offerclicks.com/fsc/z/bmgmusiccc.php

You currently qualify for BMG Music Service's Best Offer:
12 CDs for the price of 1, with membership.

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

http://www.offerclicks.com/fsc/z/bmgmusiccc.php

You may start choosing for free CDs immediately.  A shipping and handling charge will be added to each selection.  This offer is 100% Risk-Free.
http://www.offerclicks.com/fsc/z/bmgmusiccc.php

Don't miss this opportunity valued up to:  $197.78

Click Here for Membership Details.

http://www.offerclicks.com/fsc/z/bmgmusiccc.php

*******************************************************************
P.S. Forward this e-mail to your friends
so everyone can enjoy this unbeatable offer on CDs!

Click To Unsubscribe: http://unsub.wow-offer.com/unsub.cgi?z=101-849285-jxR7ko

X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <333450-18161>; Tue, 7 Oct 2003 03:36:57 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <333396-18164>; Tue, 7 Oct 2003 03:36:06 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
     From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
              ^              ^illegal special character in phrase
              \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
     Reply-To:
                      ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
     Reply-To:        Immediately <gfts2-2-101_1-33903-853590@r.wow-offer.com>
                      ^missing semicolon to end mail group
From:        <2-101_1-33903-853590@b.wow-offer.com>
To: jonathan@gordonworks.com
Date: Tue, 07 Oct 2003 07:28:33 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-33903-853590@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1028

X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

<333668-18171>; Tue, 7 Oct 2003 03:36:57 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <333401-18171>;
Tue, 7 Oct 2003 03:36:06 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
  From: Please reply by:Immediately <gfts2@r.wow-offer.com>
      ^     ^illegal special character in phrase
     \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
  Reply-To:
       ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
  Reply-To:  Immediately <gfts2-2-101_1-33903-853596@r.wow-offer.com>
      ^missing semicolon to end mail group
From:  <2-101_1-33903-853596@b.wow-offer.com>
To: jamila@gordonworks.com
Date: Tue, 07 Oct 2003 07:28:33 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-33903-853596@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1028


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<271164-18164>; Tue, 7 Oct 2003 03:36:57 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <333422-18171>;
Tue, 7 Oct 2003 03:36:06 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
  From: Please reply by:Immediately <gfts2@r.wow-offer.com>
      ^     ^illegal special character in phrase
     \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
  Reply-To:
       ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
  Reply-To:  Immediately <gfts2-2-101_1-33903-912196@r.wow-offer.com>
      ^missing semicolon to end mail group
From:  <2-101_1-33903-912196@b.wow-offer.com>
To: james@gordonworks.com
Date: Tue, 07 Oct 2003 07:28:33 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-33903-912196@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1028

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<242622-7623>; Thu, 9 Oct 2003 07:20:05 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <242610-7624>;
Thu, 9 Oct 2003 07:19:07 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
           ^             ^illegal special character in phrase
          \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
              ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:     Immediately <gfts2-2-101_1-33997-849285@r.wow-offer.com>
            ^missing semicolon to end mail group
From:     <2-101_1-33997-849285@b.wow-offer.com>
To:  faye@gordonworks.com
Date: Thu, 09 Oct 2003 11:11:12 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-33997-849285@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<242600-7623>; Thu, 9 Oct 2003 07:20:05 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <242606-7628>;
Thu, 9 Oct 2003 07:19:07 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
           ^            ^illegal special character in phrase
         \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
            ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:     Immediately <gfts2-2-101_1-33997-853590@r.wow-offer.com>
           ^missing semicolon to end mail group
From:     <2-101_1-33997-853590@b.wow-offer.com>
To: jonathan@gordonworks.com
Date: Thu, 09 Oct 2003 11:11:11 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-33997-853590@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131

X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<242610-7623>; Thu, 9 Oct 2003 07:20:05 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <242549-7623>;
Thu, 9 Oct 2003 07:19:07 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
            ^       ^illegal special character in phrase
            \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                 ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:      Immediately <gfts2-2-101_1-33997-853596@r.wow-offer.com>
             ^missing semicolon to end mail group
From:      <2-101_1-33997-853596@b.wow-offer.com>
To: jamila@gordonworks.com
Date: Thu, 09 Oct 2003 11:11:11 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-33997-853596@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<242606-7626>; Thu, 9 Oct 2003 07:20:05 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <241905-7632>;
Thu, 9 Oct 2003 07:19:07 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
            ^        ^illegal special character in phrase
            \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                 ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:      Immediately <gfts2-2-101_1-33997-912196@r.wow-offer.com>
       ^missing semicolon to end mail group
From:      <2-101_1-33997-912196@b.wow-offer.com>
To: james@gordonworks.com
Date: Thu, 09 Oct 2003 11:11:12 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-33997-912196@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<268468-28612>; Sun, 12 Oct 2003 03:35:01 -0400
Received: from mailer02-11.wow-offer.com ([66.54.211.115]) by ams.ftl.affinity.com with SMTP id <468887-28612>;
Sun, 12 Oct 2003 03:34:22 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:  Please reply by:Immediately <gfts2@r.wow-offer.com>
        ^         ^illegal special character in phrase
        \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
             ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:     Immediately <gfts2-2-101_1-34077-849285@r.wow-offer.com>
           ^missing semicolon to end mail group
From:     <2-101_1-34077-849285@b.wow-offer.com>
To: faye@gordonworks.com
Date: Sun, 12 Oct 2003 07:35:48 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-34077-849285@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1133


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<334611-28616>; Sun, 12 Oct 2003 03:35:01 -0400
Received: from mailer02-11.wow-offer.com ([66.54.211.115]) by ams.ftl.affinity.com with SMTP id <468472-28612>;
Sun, 12 Oct 2003 03:34:21 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:  Please reply by:Immediately <gfts2@r.wow-offer.com>
        ^         ^illegal special character in phrase
        \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
             ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:     Immediately <gfts2-2-101_1-34077-853590@r.wow-offer.com>
           ^missing semicolon to end mail group
From:     <2-101_1-34077-853590@b.wow-offer.com>
To: jonathan@gordonworks.com
Date: Sun, 12 Oct 2003 07:35:47 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-34077-853590@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1133


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<336070-28612>; Sun, 12 Oct 2003 03:35:01 -0400
Received: from mailer02-11.wow-offer.com ([66.54.211.115]) by ams.ftl.affinity.com with SMTP id <334611-28612>;
Sun, 12 Oct 2003 03:34:21 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
             ^                ^illegal special character in phrase
             \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:
                       ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:        Immediately <gfts2-2-101_1-34077-853596@r.wow-offer.com>
                       ^missing semicolon to end mail group
From:      <2-101_1-34077-853596@b.wow-offer.com>
To: jamila@gordonworks.com
Date: Sun, 12 Oct 2003 07:35:47 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-34077-853596@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1133


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<338534-28614>; Sun, 12 Oct 2003 03:35:01 -0400
Received: from mailer02-11.wow-offer.com ([66.54.211.115]) by ams.ftl.affinity.com with SMTP id <268468-28612>;
Sun, 12 Oct 2003 03:34:22 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
             ^                ^illegal special character in phrase
             \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:
                       ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:        Immediately <gfts2-2-101_1-34077-912196@r.wow-offer.com>
                       ^missing semicolon to end mail group
From:      <2-101_1-34077-912196@b.wow-offer.com>
To: james@gordonworks.com
Date: Sun, 12 Oct 2003 07:35:47 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

Message-Id: <101_1-34077-912196@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1133


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<270928-30967>; Mon, 13 Oct 2003 10:10:36 -0400
Received: from mailer02-01.wow-offer.com ([66.54.211.105]) by ams.ftl.affinity.com with SMTP id <271854-30968>;
Mon, 13 Oct 2003 10:07:43 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
          ^        ^illegal special character in phrase
          \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
               ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:    Immediately <gfts2-2-101_1-34100-849285@r.wow-offer.com>
               ^missing semicolon to end mail group
From:    <2-101_1-34100-849285@b.wow-offer.com>
To: faye@gordonworks.com
Date: Mon, 13 Oct 2003 14:12:59 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-34100-849285@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<241007-30962>; Mon, 13 Oct 2003 10:10:36 -0400
Received: from mailer02-01.wow-offer.com ([66.54.211.105]) by ams.ftl.affinity.com with SMTP id <270928-30962>;
Mon, 13 Oct 2003 10:07:41 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
          ^        ^illegal special character in phrase
          \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
               ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:    Immediately <gfts2-2-101_1-34100-853590@r.wow-offer.com>
           ^missing semicolon to end mail group
From:    <2-101_1-34100-853590@b.wow-offer.com>
To: jonathan@gordonworks.com

---

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

Date: Mon, 13 Oct 2003 14:12:57 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-34100-853590@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<271236-31001>; Mon, 13 Oct 2003 10:10:36 -0400
Received: from mailer02-01.wow-offer.com ([66.54.211.105]) by ams.ftl.affinity.com with SMTP id <267696-31000>;
Mon, 13 Oct 2003 10:07:43 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
            ^               ^illegal special character in phrase
            \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                    ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:       Immediately <gfts2-2-101_1-34100-912196@r.wow-offer.com>
                    ^missing semicolon to end mail group
    From:       <2-101_1-34100-912196@b.wow-offer.com>
To: james@gordonworks.com
Date: Mon, 13 Oct 2003 14:12:59 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-34100-912196@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<233593-17000>; Wed, 12 Nov 2003 07:19:51 -0500
Received: from mailer02-04.xxxxbi.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <233845-16995>;
Wed, 12 Nov 2003 07:18:41 -0500
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.xxxxbi.com>
            ^               ^illegal special character in phrase
            \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                    ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:       Immediately <gfts2-2-101_1-34924-849285@r.xxxxbi.com>
                    ^missing semicolon to end mail group

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

From:      <2-101_1-34924-849285@b.xxxxbi.com>
To: faye@gordonworks.com
Date: Wed, 12 Nov 2003 12:04:37 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-34924-849285@xxxxbi.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@xxxxbi.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1130


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <233601-17000>; Wed, 12 Nov 2003 07:19:51 -0500
Received: from mailer02-04.xxxxbi.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <233847-17001>; Wed, 12 Nov 2003 07:18:42 -0500
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From:   Please reply by:Immediately <gfts2@r.xxxxbi.com>
                  ^              ^illegal special character in phrase
                  \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:
                        ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:     Immediately <gfts2-2-101_1-34924-853590@r.xxxxbi.com>
                    ^missing semicolon to end mail group
From:      <2-101_1-34924-853590@b.xxxxbi.com>
To: jonathan@gordonworks.com
Date: Wed, 12 Nov 2003 12:04:37 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-34924-853590@xxxxbi.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@xxxxbi.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1130


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <233598-17000>; Wed, 12 Nov 2003 07:19:51 -0500
Received: from mailer02-04.xxxxbi.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <233838-16995>; Wed, 12 Nov 2003 07:18:41 -0500
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From:   Please reply by:Immediately <gfts2@r.xxxxbi.com>
                  ^              ^illegal special character in phrase
                  \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:
                        ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

---

Reply-To:        Immediately <gfts2-2-101_1-34924-853596@r.xxxxbi.com>
                 ^missing semicolon to end mail group
From:        <2-101_1-34924-853596@b.xxxxbi.com>
To: jamila@gordonworks.com
Date: Wed, 12 Nov 2003 12:04:37 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-34924-853596@xxxxbi.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@xxxxbi.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1130


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<218470-17000>; Wed, 12 Nov 2003 07:19:51 -0500
Received: from mailer02-04.xxxxbi.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <233835-17005>;
Wed, 12 Nov 2003 07:18:40 -0500
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:    Please reply by:Immediately <gfts2@r.xxxxbi.com>
             ^             ^illegal special character in phrase
             \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                     ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:        Immediately <gfts2-2-101_1-34924-912196@r.xxxxbi.com>
                     ^missing semicolon to end mail group
From:        <2-101_1-34924-912196@b.xxxxbi.com>
To: james@gordonworks.com
Date: Wed, 12 Nov 2003 12:04:36 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_1-34924-912196@xxxxbi.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@xxxxbi.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1130


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<239309-30958>; Tue, 7 Oct 2003 03:55:23 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <239366-30941>;
Tue, 7 Oct 2003 03:54:47 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:    Please reply by:Immediately <gfts2@r.wow-offer.com>
             ^             ^illegal special character in phrase
             \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:

---

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

```
                            ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:        Immediately <gfts2-2-101_2-33903-814276@r.wow-offer.com>
                       ^missing semicolon to end mail group
From:      <2-101_2-33903-814276@b.wow-offer.com>
To: james@gordonworks.com
Date: Tue, 07 Oct 2003 07:47:14 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-33903-814276@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1028
```


```
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<239303-30958>; Tue, 7 Oct 2003 03:55:23 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <239368-30941>;
Tue, 7 Oct 2003 03:54:47 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
              ^                ^illegal special character in phrase
              \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:
                            ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:        Immediately <gfts2-2-101_2-33903-830173@r.wow-offer.com>
                       ^missing semicolon to end mail group
From:      <2-101_2-33903-830173@b.wow-offer.com>
To: jay@gordonworks.com
Date: Tue, 07 Oct 2003 07:47:14 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-33903-830173@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1028
```


```
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<239337-30958>; Tue, 7 Oct 2003 03:55:23 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <239377-30959>;
Tue, 7 Oct 2003 03:54:47 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
              ^                ^illegal special character in phrase
              \-extraneous tokens in mailbox
Reply-To: Please reply by:
```

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:       Immediately <gfts2-101_2-33903-987325@r.wow-offer.com>
             ^missing semicolon to end mail group
From:      <2-101_2-33903-987325@b.wow-offer.com>
To: faye@gordonworks.com
Date: Tue, 07 Oct 2003 07:47:15 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-33903-987325@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1028


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<264945-13546>; Wed, 8 Oct 2003 15:57:14 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <4398837-13541>;
Wed, 8 Oct 2003 15:24:46 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
        ^          ^illegal special character in phrase
        \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:       Immediately <gfts2-2-101_2-33924-814276@r.wow-offer.com>
           ^missing semicolon to end mail group
From:      <2-101_2-33924-814276@b.wow-offer.com>
To: james@gordonworks.com
Date: Wed, 08 Oct 2003 19:16:55 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-33924-814276@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<264465-13548>; Wed, 8 Oct 2003 15:57:14 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <4402491-13542>;
Wed, 8 Oct 2003 15:24:43 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
        ^          ^illegal special character in phrase

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

```
                    \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:
                        ^-missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:         Immediately <gfts2-2-101_2-33924-830173@r.wow-offer.com>
                        ^-missing semicolon to end mail group
From:         <2-101_2-33924-830173@b.wow-offer.com>
To: jay@gordonworks.com
Date: Wed, 08 Oct 2003 19:16:50 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-33924-830173@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131
```

```
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<265227-13541>; Wed, 8 Oct 2003 15:57:14 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <4402555-13540>;
Wed, 8 Oct 2003 15:24:54 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
              ^                   ^-illegal special character in phrase
              \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:
                        ^-missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:         Immediately <gfts2-2-101_2-33924-987325@r.wow-offer.com>
                        ^-missing semicolon to end mail group
From:         <2-101_2-33924-987325@b.wow-offer.com>
To: faye@gordonworks.com
Date: Wed, 08 Oct 2003 19:16:59 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-33924-987325@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131
```

```
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<3798831-5326>; Thu, 9 Oct 2003 08:28:00 -0400
Received: from mailer02-01.wow-offer.com ([66.54.211.105]) by ams.ftl.affinity.com with SMTP id <3799501-22867>;
Thu, 9 Oct 2003 08:27:43 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
```

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

From:    Please reply by:Immediately <gfts2@r.wow-offer.com>
                ^              ^illegal special character in phrase
                \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                    ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:        Immediately <gfts2-2-101_2-33997-814276@r.wow-offer.com>
                    ^missing semicolon to end mail group
From:        <2-101_2-33997-814276@b.wow-offer.com>
To: james@gordonworks.com
Date: Thu, 09 Oct 2003 12:32:46 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-33997-814276@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<262218-22199>; Thu, 9 Oct 2003 15:24:37 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <245497-22205>;
Thu, 9 Oct 2003 15:13:01 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:    Please reply by:Immediately <gfts2@r.wow-offer.com>
                ^              ^illegal special character in phrase
                \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                    ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:        Immediately <gfts2-2-101_2-33997-830173@r.wow-offer.com>
                    ^missing semicolon to end mail group
From:        <2-101_2-33997-830173@b.wow-offer.com>
To: jay@gordonworks.com
Date: Thu, 09 Oct 2003 19:04:59 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-33997-830173@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<3790816-22724>; Thu, 9 Oct 2003 08:28:05 -0400
Received: from mailer02-01.wow-offer.com ([66.54.211.105]) by ams.ftl.affinity.com with SMTP id <3799552-6947>;

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

Thu, 9 Oct 2003 08:27:46 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
          ^          ^illegal special character in phrase
          \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                 ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:      Immediately <gfts2-2-101_2-33997-987325@r.wow-offer.com>
              ^missing semicolon to end mail group
From:       <2-101_2-33997-987325@b.wow-offer.com>
To: faye@gordonworks.com
Date: Thu, 09 Oct 2003 12:32:46 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-33997-987325@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<468506-11906>; Fri, 10 Oct 2003 17:57:58 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <473910-11906>;
Fri, 10 Oct 2003 17:56:25 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
          ^          ^illegal special character in phrase
          \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:      Immediately <gfts2-2-101_2-34027-814276@r.wow-offer.com>
          ^missing semicolon to end mail group
From:       <2-101_2-34027-814276@b.wow-offer.com>
To: james@gordonworks.com
Date: Fri, 10 Oct 2003 21:48:12 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34027-814276@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

<231905-11912>; Fri, 10 Oct 2003 17:57:58 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <468086-11908>;
Fri, 10 Oct 2003 17:56:24 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
          ^          ^illegal special character in phrase
          \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
              ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:       Immediately <gfts2-2-101_2-34027-830173@r.wow-offer.com>
              ^missing semicolon to end mail group
From:       <2-101_2-34027-830173@b.wow-offer.com>
To: jay@gordonworks.com
Date: Fri, 10 Oct 2003 21:48:11 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34027-830173@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<467332-11912>; Fri, 10 Oct 2003 17:57:58 -0400
Received: from mailer02-04.wow-offer.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <231905-11908>;
Fri, 10 Oct 2003 17:56:25 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
          ^          ^illegal special character in phrase
          \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
              ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:       Immediately <gfts2-2-101_2-34027-987325@r.wow-offer.com>
              ^missing semicolon to end mail group
From:       <2-101_2-34027-987325@b.wow-offer.com>
To: faye@gordonworks.com
Date: Fri, 10 Oct 2003 21:48:12 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34027-987325@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<1244306-11907>; Sun, 12 Oct 2003 04:02:52 -0400
Received: from mailer02-03.wow-offer.com ([66.54.211.107]) by ams.ftl.affinity.com with SMTP id <1245416-11905>;
Sun, 12 Oct 2003 04:01:57 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
         ^            ^illegal special character in phrase
        \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
               ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:     Immediately <gfts2-2-101_2-34077-814276@r.wow-offer.com>
            ^missing semicolon to end mail group
From:     <2-101_2-34077-814276@b.wow-offer.com>
To:  james@gordonworks.com
Date: Sun, 12 Oct 2003 07:58:13 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34077-814276@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1133


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<1244362-11912>; Sun, 12 Oct 2003 04:02:52 -0400
Received: from mailer02-03.wow-offer.com ([66.54.211.107]) by ams.ftl.affinity.com with SMTP id <1245412-11908>;
Sun, 12 Oct 2003 04:01:57 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
         ^            ^illegal special character in phrase
        \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
               ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:     Immediately <gfts2-2-101_2-34077-830173@r.wow-offer.com>
            ^missing semicolon to end mail group
From:     <2-101_2-34077-830173@b.wow-offer.com>
To:  jay@gordonworks.com
Date: Sun, 12 Oct 2003 07:58:13 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34077-830173@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1133

X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<1244338-11915>; Sun, 12 Oct 2003 04:02:52 -0400
Received: from mailer02-03.wow-offer.com ([66.54.211.107]) by ams.ftl.affinity.com with SMTP id <1245417-11906>;
Sun, 12 Oct 2003 04:01:57 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:    Please reply by:Immediately <gfts2@r.wow-offer.com>
            ^            ^illegal special character in phrase
            \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                    ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:        Immediately <gfts2-2-101_2-34077-987325@r.wow-offer.com>
                    ^missing semicolon to end mail group
From:        <2-101_2-34077-987325@b.wow-offer.com>
To: faye@gordonworks.com
Date: Sun, 12 Oct 2003 07:58:13 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34077-987325@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1133


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<380154-1075>; Mon, 13 Oct 2003 10:17:00 -0400
Received: from mailer02-01.wow-offer.com ([66.54.211.105]) by ams.ftl.affinity.com with SMTP id <377817-1083>;
Mon, 13 Oct 2003 10:15:51 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:    Please reply by:Immediately <gfts2@r.wow-offer.com>
            ^            ^illegal special character in phrase
            \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
                    ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:        Immediately <gfts2-2-101_2-34100-814276@r.wow-offer.com>
                    ^missing semicolon to end mail group
From:        <2-101_2-34100-814276@b.wow-offer.com>
To: james@gordonworks.com
Date: Mon, 13 Oct 2003 14:21:08 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34100-814276@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<380169-1081>; Mon, 13 Oct 2003 10:17:00 -0400
Received: from mailer02-01.wow-offer.com ([66.54.211.105]) by ams.ftl.affinity.com with SMTP id <380307-1077>;
Mon, 13 Oct 2003 10:15:53 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
           ^       ^illegal special character in phrase
           \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
              ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:      Immediately <gfts2-2-101_2-34100-830173@r.wow-offer.com>
           ^missing semicolon to end mail group
From:      <2-101_2-34100-830173@b.wow-offer.com>
To: jay@gordonworks.com
Date: Mon, 13 Oct 2003 14:21:08 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34100-830173@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<379856-1075>; Mon, 13 Oct 2003 10:17:00 -0400
Received: from mailer02-01.wow-offer.com ([66.54.211.105]) by ams.ftl.affinity.com with SMTP id <380305-1079>;
Mon, 13 Oct 2003 10:15:51 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
           ^          ^illegal special character in phrase
           \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
              ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:      Immediately <gfts2-2-101_2-34100-987325@r.wow-offer.com>
           ^missing semicolon to end mail group
From:      <2-101_2-34100-987325@b.wow-offer.com>
To: faye@gordonworks.com
Date: Mon, 13 Oct 2003 14:21:08 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34100-987325@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1131


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<295269-1142>; Tue, 14 Oct 2003 10:28:40 -0400
Received: from mailer02-03.wow-offer.com ([66.54.211.107]) by ams.ftl.affinity.com with SMTP id <295160-1115>;
Tue, 14 Oct 2003 10:20:35 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
         ^         ^illegal special character in phrase
         \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
            ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:     Immediately <gfts2-2-101_2-34124-814276@r.wow-offer.com>
         ^missing semicolon to end mail group
From:     <2-101_2-34124-814276@b.wow-offer.com>
To: james@gordonworks.com
Date: Tue, 14 Oct 2003 14:16:38 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34124-814276@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1133


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<295160-1140>; Tue, 14 Oct 2003 10:28:41 -0400
Received: from mailer02-03.wow-offer.com ([66.54.211.107]) by ams.ftl.affinity.com with SMTP id <301534-1115>;
Tue, 14 Oct 2003 10:20:34 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
         ^         ^illegal special character in phrase
         \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:
            ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:     Immediately <gfts2-2-101_2-34124-830173@r.wow-offer.com>
         ^missing semicolon to end mail group
From:     <2-101_2-34124-830173@b.wow-offer.com>
To: jay@gordonworks.com
Date: Tue, 14 Oct 2003 14:16:37 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

Message-Id: <101_2-34124-830173@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1133


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<301440-1100>; Tue, 14 Oct 2003 10:28:41 -0400
Received: from mailer02-03.wow-offer.com ([66.54.211.107]) by ams.ftl.affinity.com with SMTP id <300920-1115>;
Tue, 14 Oct 2003 10:20:35 -0400
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From:   Please reply by:Immediately <gfts2@r.wow-offer.com>
            ^            ^illegal special character in phrase
            \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:
                      ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:       Immediately <gfts2-2-101_2-34124-987325@r.wow-offer.com>
                      ^missing semicolon to end mail group
From:        <2-101_2-34124-987325@b.wow-offer.com>
To: faye@gordonworks.com
Date: Tue, 14 Oct 2003 14:16:38 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34124-987325@wow-offer.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@wow-offer.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1133


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<222751-4533>; Mon, 10 Nov 2003 19:24:31 -0500
Received: from mailer02-11.xxxxbi.com ([66.54.211.115]) by ams.ftl.affinity.com with SMTP id <224411-4537>;
Mon, 10 Nov 2003 19:23:11 -0500
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From:   Please reply by:Immediately <gfts2@r.xxxxbi.com>
            ^            ^illegal special character in phrase
            \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:
                      ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
      Reply-To:       Immediately <gfts2-2-101_2-34874-814276@r.xxxxbi.com>
                      ^missing semicolon to end mail group
From:        <2-101_2-34874-814276@b.xxxxbi.com>
To: james@gordonworks.com

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

Date: Tue, 11 Nov 2003 00:25:28 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34874-814276@xxxxbi.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@xxxxbi.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1130


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<222480-4536>; Mon, 10 Nov 2003 19:24:31 -0500
Received: from mailer02-11.xxxxbi.com ([66.54.211.115]) by ams.ftl.affinity.com with SMTP id <224407-4537>;
Mon, 10 Nov 2003 19:23:11 -0500
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
        From:   Please reply by:Immediately <gfts2@r.xxxxbi.com>
                ^               ^illegal special character in phrase
                \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
        Reply-To:
                        ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
        Reply-To:       Immediately <gfts2-2-101_2-34874-830173@r.xxxxbi.com>
                        ^missing semicolon to end mail group
        From:   <2-101_2-34874-830173@b.xxxxbi.com>
        To:  jay@gordonworks.com
        Date: Tue, 11 Nov 2003 00:25:28 GMT
        Subject: FreeElleven CDs to get, Get Now - - with membership
        Message-Id: <101_2-34874-830173@xxxxbi.com>
        X-No-Spam: Stop Spam! Report abuse of this service to abuse@xxxxbi.com
        X-Priority: 3 (Normal)
        X-Msmail-Priority: Normal
        Content-Length: 1130


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id
<232464-6758>; Wed, 12 Nov 2003 07:45:49 -0500
Received: from mailer02-04.xxxxbi.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <232673-6765>;
Wed, 12 Nov 2003 07:44:47 -0500
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
        From:   Please reply by:Immediately <gfts2@r.xxxxbi.com>
                ^               ^illegal special character in phrase
                \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
        Reply-To:
                        ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
        Reply-To:       Immediately <gfts2-2-101_2-34924-814276@r.xxxxbi.com>
                        ^missing semicolon to end mail group

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

From:     <2-101_2-34924-814276@b.xxxxbi.com>
To: james@gordonworks.com
Date: Wed, 12 Nov 2003 12:30:43 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34924-814276@xxxxbi.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@xxxxbi.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1130


X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <232461-6760>; Wed, 12 Nov 2003 07:45:49 -0500
Received: from mailer02-04.xxxxbi.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <232667-6753>; Wed, 12 Nov 2003 07:44:47 -0500
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
        From:   Please reply by:Immediately <gfts2@r.xxxxbi.com>
                  ^             ^illegal special character in phrase
                  \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
        Reply-To:
                       ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
        Reply-To:     Immediately <gfts2-2-101_2-34924-830173@r.xxxxbi.com>
                      ^missing semicolon to end mail group
From:     <2-101_2-34924-830173@b.xxxxbi.com>
To: jay@gordonworks.com
Date: Wed, 12 Nov 2003 12:30:43 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34924-830173@xxxxbi.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@xxxxbi.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1130


X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <232391-6754>; Wed, 12 Nov 2003 07:45:49 -0500
Received: from mailer02-04.xxxxbi.com ([66.54.211.108]) by ams.ftl.affinity.com with SMTP id <232676-6765>; Wed, 12 Nov 2003 07:44:47 -0500
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
        From:   Please reply by:Immediately <gfts2@r.xxxxbi.com>
                  ^             ^illegal special character in phrase
                  \-extraneous tokens in mailbox
Reply-To: Please reply by:
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
        Reply-To:
                       ^missing semicolon to end mail group, extraneous tokens in mailbox, missing end of mailbox
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:

**abuse@level3.com, 12:09 PM 11/12/2003 -0800, Fwd: FreeElleven CDs to get, Get Now - - with membership**

Reply-To:          Immediately <gfts2-2-101_2-34924-987325@r.xxxxbi.com>
                         ^-missing semicolon to end mail group
From:          <2-101_2-34924-987325@b.xxxxbi.com>
To: faye@gordonworks.com
Date: Wed, 12 Nov 2003 12:30:44 GMT
Subject: FreeElleven CDs to get, Get Now - - with membership
Message-Id: <101_2-34924-987325@xxxxbi.com>
X-No-Spam: Stop Spam! Report abuse of this service to abuse@xxxxbi.com
X-Priority: 3 (Normal)
X-Msmail-Priority: Normal
Content-Length: 1130