7.21    I have had to increase my bandwidth capacity from less than 10GB/month to 500GB/month in the past 2 years.

7.22    All of the 200+ reciprocal links I hosted on my web sites between 1996-2003 have been lost due to lack of maintenance of my web site resulting from the above-described burden of dealing with the spam problem.

**Facts Specifically Related to Defendants.**

8. Attached hereto as **Exhibit "D"** is a copy of the first email received from BMG.

9. **Exhibit "E"** is the return receipt from a letter that I sent to defendant in 2005, which requested that it stop sending me email to me.

10. **Exhibit "F"** is a true and correct copy of the cease and desist letter that I sent to defendant via US Mail dated May 25, 2005.

11. Attached hereto as **Exhibit "G"** are copies of a regulatory complaints that I filed against BMG/Columbia House.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 14th day of June, 2007

*/s/ James S. Gordon, Jr.*
James S. Gordon, Jr.

## Certificate of Service

I, hereby, certify that on June 14, 2007, I filed this affidavit with this Court via approved electronic filing, and served the following:

FIRST AMENDED COMPLAINT FOR DAMAGES, PENALTIES, ETC. -7
OMNI v. BMG-COLUMBIA HOUSE

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-621-5804
Fax: 206-624-0717

D