The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington limited liability company; JAMES S. GORDON, JR., a married individual,<br><br>Plaintiffs,<br><br>v.<br><br>BMG COLUMBIA HOUSE, INC., a New York corporation; and JOHN DOES, 1-X,<br><br>Defendants. | NO.  06-cv-01350-JCC<br><br>**STIPULATION RENOTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

## STIPULATION

JAMES S. GORDON, Jr. and OMNI INNOVATIONS, LLC (together, "Plaintiffs"), on the one hand, and Defendant BMG COLUMBIA HOUSE, INC., on the other hand, stipulate as follows.

1. Plaintiffs filed the MOTION for Partial Summary Judgment by Plaintiff James S Gordon, Jr. on June 14, 2007 (Dkt. 20).  That Motion is currently noted for July 6, 2007.

STIPULATION RENOTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT- 1
[06-cv-01350-JCC]

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

2. The Parties hereby stipulate that the pending MOTION for Partial Summary Judgment by Plaintiff James S Gordon, Jr. shall be renoted for July 13, 2007.

DATED this 29th day of June, 2007.

**NEWMAN & NEWMAN,** **i.JUSTICE LAW, PC**
**ATTORNEYS AT LAW, LLP**

/s/ Robert Siegel with authorization

By: _____
Derek A. Newman, WSBA No. 26967
Roger M. Townsend, WSBA No. 25525

By: _____
Robert J. Siegel, WSBA No. 17312

Attorneys for BMG COLUMBIA HOUSE, INC.

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED this____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
JOHN C. COUGHENOUR

STIPULATION RENOTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT- 2
[06-cv-01350-JCC]

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800