# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of June, 2007, I electronically filed the foregoing **STIPULATION RENOTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, AND CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Via Notice of Electronic Filing to:**

Robert Siegel, Esq.
i.Justice Law, P.C.
Email: bob@ijusticelaw.com

Douglas McKinley, Esq.
Email: doug@mckinleylaw.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the forgoing is true and correct and that this declaration was executed on June 29th, 2007, at Seattle, Washington.

_____
Diana Au

| CERTIFICATE OF SERVICE | **NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP** | 505 Fifth Ave. S., Ste. 610<br>Seattle, Washington 98104<br>(206) 274-2800 |