THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington
Limited Liability company; and JAMES S.
GORDON, JR., a married individual,

        Plaintiffs,

    v.

BMG COLUMBIA HOUSE, INC., a New
York corporation; and JOHN DOES, I-X,

        Defendants.

NO.  CV6-1350 JCC

NOTICE OF APPEARANCE ON BEHALF
OF DEFENDANT BMG COLUMBIA
HOUSE, INC.

TO:       The Clerk of the Court;

TO:       OMNI INNOVATIONS, LLC, a Washington Limited Liability company;
             and JAMES S. GORDON, JR., a married individual,

AND TO:   ALL PARTIES OF RECORD

    PLEASE TAKE NOTICE that ROGER M. TOWNSEND, of Breskin Johnson &
Townsend, PLLC is entering his appearance in the above-captioned action case as
counsel for BMG COLUMBIA HOUSE, INC.  Service of all pleadings, notices, documents,
or other papers relative to this action, exclusive of process, shall be hereinafter served
upon the undersigned attorneys, whose offices are located at 999 Third Avenue,
Suite 4400, Seattle, WA 98104.

NOTICE OF APPEARANCE
(NO.  CV6-1350 JCC) - 1

LAW OFFICES
BRESKIN JOHNSON & TOWNSEND, PLLC
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104-4088
(206) 652-8660, (206) 652-8290 FAX

Dockets.Justia.com

1    DATED this 9th day of July, 2007.

2

3                                                    By:    s/ Roger M. Townsend
                                                          Roger M. Townsend   WSBA No. 25525

4
                                                          BRESKIN JOHNSON & TOWNSEND, PLLC
5                                                         999 Third Avenue, Suite 4400
                                                          Seattle, Washington 98104-4088
6                                                         (206) 652-8660  / (206) 652-8290 Fax
                                                          rtownsend@bjtlegal.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
**BRESKIN JOHNSON & TOWNSEND, PLLC**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104-4088
(206) 652-8660, (206) 652-8290 FAX

NOTICE OF APPEARANCE
(NO.  CV6-1350 JCC) - 2

1

2

**CERTIFICATE OF SERVICE**

3
I hereby certify that on July 9, 2007, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

4

5
- **Roger M. Townsend**
  rtownsend@bjtlegal.com; dsmith@bjtlegal.com

6

7
- **Robert Siegel**
  i.Justice Law, P.C.
  Email: bob@ijusticelaw.com

8

9
- **Douglas McKinley**
  Law Office of Douglas E. McKinley
  Email: doug@mckinleylaw.com

10

11
- **Derek A. Newman**
  Newman & Newman LLP
  Email: dn@newmanlaw.com

12

13

14
By_____s/ Roger M. Townsend

15
Roger M. Townsend, WSBA #25525
rtownsend@djtlegal.com
999 Third Avenue, Suite 4400
Seattle, WA 98104-4088
Phone: (206) 652-8660
Fax: (206) 652-8290
Attorneys for Defendant BMG

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE
(NO.  CV6-1350 JCC) - 3

LAW OFFICES
**BRESKIN JOHNSON & TOWNSEND, PLLC**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104-4088
(206) 652-8660, (206) 652-8290 FAX