THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual,<br><br>                Plaintiffs,<br><br>   v.<br><br>BMG COLUMBIA HOUSE, INC., a New York corporation; and JOHN DOES, I-X,<br><br>                Defendants. | NO. CV6-1350 JCC<br><br>DECLARATION OF ROGER TOWNSEND IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**Note on Motion Calendar:**<br>**July 13, 2007** |

I, Roger Townsend, swear under penalty of perjury under the laws of the United States of America to the following:

1.     I am counsel of record for defendant BMG COLUMBIA HOUSE, INC ("BMG"), am over age 18, and competent to be a witness. I am making this Declaration based on facts within my own personal knowledge.

2.     The instant lawsuit is in its nascent stages. The parties have propounded written discovery requests, but responses are not due. No depositions have been conducted. Trial is scheduled for July 14, 2008.

DECLARATION OF ROGER TOWNSEND (RE: OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT)
(NO. CV6-1350 JCC) - 1

LAW OFFICES
**BRESKIN JOHNSON & TOWNSEND, PLLC**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104-4088
(206) 652-8660, (206) 652-8290 FAX

572398.1/025569.00001

1  DATED this 9th day of July, 2007, at Seattle, WA

2

3

4  /s/ Roger M. Townsend
   Roger M. Townsend

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF ROGER TOWNSEND (RE: OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT) (NO. CV6-1350 JCC) - 2

LAW OFFICES
**BRESKIN JOHNSON & TOWNSEND, PLLC**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104-4088
(206) 652-8660, (206) 652-8290 FAX

572398.1/025569.00001

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2007, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Roger M. Townsend**
  rtownsend@bjtlegal.com; dsmith@bjtlegal.com

- **Robert Siegel**
  i.Justice Law, P.C.
  Email: bob@ijusticelaw.com

- **Douglas McKinley**
  Law Office of Douglas E. McKinley
  Email: doug@mckinleylaw.com

- **Derek A. Newman**
  Newman & Newman LLP
  Email: dn@newmanlaw.com

By____s/ Roger M. Townsend

Roger M. Townsend, WSBA #25525
rtownsend@djtlegal.com
999 Third Avenue, Suite 4400
Seattle, WA 98104-4088
Phone: (206) 652-8660
Fax: (206) 652-8290

Attorneys for Defendant BMG

---

DECLARATION OF ROGER TOWNSEND (RE: OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT)
(NO. CV6-1350 JCC) - 3

LAW OFFICES
**BRESKIN JOHNSON & TOWNSEND, PLLC**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104-4088
(206) 652-8660, (206) 652-8290 FAX

572398.1/025569.00001