THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual,

Plaintiffs,

v.

BMG COLUMBIA HOUSE, INC., a New York corporation; and JOHN DOES, I-X,

Defendants.

NO. CV6-1350 JCC

DECLARATION OF NOAH ROSEN IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

**Note on Motion Calendar:**
**July 13, 2007**

I, Noah Rosen, swear under penalty of perjury under the laws of the United States of America to the following:

1. I am Senior Counsel for DIRECT GROUP NORTH AMERICA, INC., the successor entity to BMG COLUMBIA HOUSE, INC ("BMG"), am over age 18, and competent to be a witness. I am making this Declaration based on facts within my own personal knowledge.

2. I have reviewed the domain names listed in Plaintiffs' Second Amended Complaint in this lawsuit (see ¶ 9) and understand that Plaintiffs have asserted the authority and desire not to receive emails from BMG at email addresses with the following domain names:

DECLARATION OF NOAH ROSEN (RE: OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT)
(NO. CV6-1350 JCC) - 1

LAW OFFICES
BRESKIN JOHNSON & TOWNSEND, PLLC
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104-4088
(206) 652-8660. (206) 652-8290 FAX

572398.1/025569.00001

1  Anthonycentral.com; Celiajay.com; Chiefmusician.net; Ehahome.com; Ewaterdragon.com; Gordonworks.com; Itdidnotendright.com; Jammtomm.com; Jaycelia.com; Jaykaysplace.com; and Rcw19190020.com (collectively, "Plaintiffs' Domain Names").

3. In light of Plaintiffs' assertions, BMG has undertaken efforts to suppress any emails from being sent to Plaintiffs' Domain Names. It is BMG's practice that, prior to transmission of any email campaign by BMG or its affiliates, the email address transmission list is compared against a suppression list created and maintained by BMG. Any email addresses on the email address transmission list are "scrubbed" against the suppression list and emails in the campaign are prevented from being transmitted to those email addresses. All email addresses at Plaintiffs' Domain Names have been included in the suppression list so that any future emails sent by BMG or its affiliates should not be sent to Plaintiffs' Domain Names.

4. Upon information and belief, the suppression of Plaintiffs' Domain Names would not be changed in the event that an individual opted-in to receive emails from BMG at an email address at Plaintiffs' Domain Names.

DATED this 9th day of July, 2007, at New York, NY

_____
Noah Rosen

DECLARATION OF NOAH ROSEN (RE: OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT)
(NO. CV6-1350 JCC) - 2

LAW OFFICES
BRESKIN JOHNSON & TOWNSEND, PLLC
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104-4088
(206) 652-8660, (206) 652-8290 FAX

572398.1/025569.00001

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2007, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Roger M. Townsend**
  rtownsend@bjtlegal.com; dsmith@bjtlegal.com

- **Robert Siegel**
  i.Justice Law, P.C.
  Email: bob@ijusticelaw.com

- **Douglas McKinley**
  Law Office of Douglas E. McKinley
  Email: doug@mckinleylaw.com

- **Derek A. Newman**
  Newman & Newman LLP
  Email: dn@newmanlaw.com

By____s/ Roger M. Townsend

Roger M. Townsend, WSBA #25525
rtownsend@djtlegal.com
999 Third Avenue, Suite 4400
Seattle, WA 98104-4088
Phone: (206) 652-8660
Fax: (206) 652-8290

Attorneys for Defendant BMG

DECLARATION OF NOAH ROSEN (RE:
OPPOSITION TO MOTION FOR PARTIAL
SUMMARY JUDGMENT)
(NO. CV6-1350 JCC) - 3

572398.1/025569.00001