Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
1325 Fourth Ave., Suite 940
Seattle, WA 98101
(206) 304-5400

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual,**<br><br>**Plaintiffs,**<br>v.<br><br>**BMG COLUMBIA HOUSE, INC., a New York corporation; and JOHN DOES, I-X,**<br><br>**Defendants,** | **NO.** CV6-1350 JCC<br><br>**DECLARATION OF JAMES S. GORDON, JR. IN REPLY RE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR INJUNCTIVE RELIEF** |

1. I, James S. Gordon, Jr., am the Plaintiff in the above captioned lawsuit. I am over the age of 18, of sound mind, and am otherwise competent to testify.

DECLARATION OF JAMES S. GORDON, JR. IN REPLY RE MOTION FOR PARTIAL SUMMARY JUDGMENT. -1
OMNI v. BMG-COLUMBIA HOUSE

**i.Justice Law, P.C.**
**1325 Fourth Ave., Suite 940**
**Seattle, WA 98101**
**Phone: 206-621-5804**
**Fax: 206-624-0717**

2.  Attached hereto as **Exhibit "A"** is a copy of the most recent spam received from Defendant or sent on their behalf. As is plainly evident from an inspection of the email, it was sent on July 9, 2007. It was sent to darin@ewaterdragon.com. "Ewaterdragon.com is one of the domains that I asked defendants to stop spamming in my motion filed with the court on June 14, 2007, (DKT 20). Even a cursory examination of the email shows conclusively that it is an advertisement for defendant's company and products. Plainly, even when I asked the defendants to stop spamming domains hosted on my server, in the presence of a federal judge, they continue to send the spam 25 days later. And on the same day that they filed a response with the court claiming that had stopped.

3.  Attached hereto as **Exhibit "B"** is an excerpt from my email log for BMG. It illustrates about 30 emails from Defendant to my server between 7/3/07 and 7/9/07, showing that the email of Exhibit A is far from an isolated incident, and that Defendant has continued to spam me throughout this litigation.

4.  I will be grateful to this court if the court can get the defendants to stop spamming me. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 10th day of July, 2007

/s/ James S. Gordon, Jr.  
James S. Gordon, Jr.

DECLARATION OF JAMES S. GORDON, JR. IN
REPLY RE MOTION FOR PARTIAL SUMMARY
JUDGMENT. -2
OMNI v. BMG-COLUMBIA HOUSE

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-621-5804
Fax: 206-624-0717

**Certificate of Service**

I, hereby, certify that on July 11, 2007, I filed this affidavit with this Court via approved electronic filing, and served the following:
Attorneys for Defendants: Roger Townsend

/s/ Robert J. Siegel
Robert J. Siegel

DECLARATION OF JAMES S. GORDON, JR. IN REPLY RE MOTION FOR PARTIAL SUMMARY JUDGMENT. -3
OMNI v. BMG-COLUMBIA HOUSE

**i.Justice Law, P.C.**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-621-5804
Fax: 206-624-0717