Onmy Innovations LLC et al v. BMG Music Publishing NA Inc et al     Doc. 29 Att. 1

Case 2:06-cv-01350-JCC    Document 29-2    Filed 07/11/2007    Page 1 of 2

**Subject:** Add to your dvd collection today
**From:** Columbia House DVD Club <ColumbiaHouseDVDClub@groundfindings.com>
**Date:** Mon, 9 Jul 2007 21:57:56 -0400
**To:** DARIN@EWATERDRAGON.COM

Can't see images?





Please note this offer is for new members only. Only one membership per person. This offer is valid for U.S. residents only.

Please do not reply to this email. If you'd rather not receive future promotional emails from Columbia House DVD Club, please click here.
Please allow 10 business days for your request to be processed. You may contact Columbia House DVD Club at the following address:
Columbia House DVD Club, 6550 E. 30th St.,
P.O. Box 91602, Indianapolis, IN 46291-0616,
Attention: Unsubscribe Requests
© 2007 Columbia House DVD Club. All rights reserved.

The following message was sent to you as a permission-based subscriber to this list.
We will continue to bring you valuable deals on the products
and services that interest you most.

Dockets.Justia.com

If you wish to unsubscribe please [go here](go here) or email us at
ColumbiaHouseDVDClub@groundfindings.com with your email address in the subject line.

Or write to:
JM Customer Relations
#21283
P.O. Box 4120
PORTLAND, OREGON 97208-4120
USA

Please include a printed copy of the email.