Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 258217
Seattle, WA 98165-1317

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

**OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual,**

        **Plaintiffs,**

v.

**BMG COLUMBIA HOUSE, INC., a New York corporation; and JOHN DOES, I-X,**

        **Defendants,**

NO. 06-1350JCC

[PROPOSED]
**ORDER GRANTING COUNSEL LEAVE TO WITHDRAW AND TO FILE DECLARATIONS UNDER SEAL**

The Court having considered the motion of plaintiff's counsel Robert J. Siegel, and Douglas E. McKinley to withdraw and to file declarations under seal, and supporting declarations, and having considered all responses thereto, and having been otherwise fully

ORDER -1
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**i.JUSTICE LAW, P.C.**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

apprised, finds that there is good cause to grant leave for counsel to withdraw, which leave is hereby granted, AND FURTHER, counsel are authorized to file declarations under seal.

Dated this _____ day of September, 2007.

_____
THE HON. JOHN C. COUGHENOUR

RESPECTFULLY SUBMITTED this 22nd day of August, 2007.

| i.JUSTICE LAW, P.C. | DOUGLAS E. MCKINLEY, JR |
| --- | --- |
| | Attorney at Law |
| /S/ Robert J. Siegel | /S/ Douglas E. McKinley, Jr. |
| Robert J. Siegel, WSBA #17312 | Douglas E. McKinley, Jr., WSBA#20806 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

**Certificate of Service**

I, hereby, certify that on August 22, 2007, I filed the subjoined pleading with this Court via approved ECMF electronic filing, that electronically serves the following:
Attorneys for Defendants: Roger Townsend

I also certify that that on August 22, 2007, I served the subjoined pleading upon plaintiff James S. Gordon, Jr. electronically by email, and by regular US mail, postage prepaid.

/s/ Robert J. Siegel_____
Robert J. Siegel

ORDER -2
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717