Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 25817
Seattle, WA 98165-1317
888-839-3299

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

**OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual,**

**Plaintiffs,**

v.

**BMG COLUMBIA HOUSE, INC., a New York corporation; and JOHN DOES, I-X,**

**Defendants,**

**NO.** CV6-1350 JCC

**STIPULATION TO STAY LITIGATION**

**STIPULATION**

Plaintiffs and Defendant, and by and through their undersigned attorneys of record hereby stipulate and jointly hereby move the Court for an order staying this litigation pending Plaintiffs' appeal to the US Circuit Court of Appeals For the Ninth Circuit in *Gordon v Virtumundo, et al.*, CV06-0204.

STIPULATION TO STAY  -1

**i.Justice Law, P.C.**
**1325 Fourth Ave., Suite 940**
**Seattle, WA 98101**
**Phone: 206-621-5804**
**Fax: 206-624-0717**

Plaintiffs have filed an appeal to the US Court of Appeals for the Ninth Circuit in *Virtumundo*. Although some of the factual issues in the present case differ from those in *Virtumundo,* the fundamental issue of Plaintiffs' standing is common, and critical to both cases.

Accordingly, there is good cause to stay this litigation to preserve judicial economy as well as the resources of the parties hereto.

**RESPECTFULLY SUBMITTED** this 22nd day of August, 2007.

| | |
|---|---|
| DOUGLAS E. MCKINLEY, JR<br>Attorney at Law | i.Justice Law, P.C. |
| /S/ Douglas E. McKinley, Jr.<br>Douglas E. McKinley, Jr., WSBA #20806<br>Attorney for Plaintiffs | /S/ Robert J. Siegel<br>Robert J. Siegel, WSBA #17312<br>Attorney for Plaintiffs |

BRESKIN JOHNSON & TOWNSEND PLLC

/s/ Roger Townsend

Roger M. Townsend,

**Certificate of Service**

I, hereby, certify that on August 22, 2007, I filed the attached pleading with this Court via approved electronic filing, and served the following:
Attorneys for Defendants: Roger Townsend

**i.Justice Law, PC**
PO Box 25817
Seattle, WA 98165-1317

/s/ Robert J. Siegel

Attorneys for Plaintiffs.

STIPULATION TO STAY  -2

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-621-5804
Fax: 206-624-0717