Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 25817
Seattle, WA 98165-1317
888-839-3299

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company; JAMES S. GORDON, JR., a married individual,**<br><br>          **Plaintiffs,**<br><br>     v.<br><br>**BMG COLUMBIA HOUSE, INC., a New York corporation; and JOHN DOES, I-X,**<br><br>          **Defendants,** | **NO.** CV-06-1350-JCC<br><br>[PROPOSED]<br>**ORDER STAYING LITIGATION** |

Having considered the parties' Stipulated Motion To Stay Litigation, it is **HEREBY ORDERED**

ORDER STAYING LITIGATION -1

**I.JUSTICE LAW, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1  That this case is STAYED pending the decision of the Ninth Circuit Court of Appeals
2  in *Gordon v Virtumundo, et al.*, CV06-0204. Following a decision from the Court of Appeals in
3  *Virtumundo,* any party hereto may move the Court to lift the stay in due course.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Seattle, WA
August __, 2007

ORDER STAYING LITIGATION -2

I.JUSTICE LAW, PC
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299