UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability Company; and JAMES S. GORDON, JR., a married individual,<br><br>Plaintiffs,<br><br>v.<br><br>BMG COLUMBIA HOUSE, INC., a New York corporation; and JOHN DOES, I-X,<br><br>Defendants. | CASE NO. C06-1350-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court has received the Parties' joint stipulation to stay this litigation pending Plaintiffs' appeal to the Ninth Circuit Court of Appeals in *Gordon v. Virtumundo*, No. 06–0204, 2007 U.S. Dist. LEXIS 35544 (W.D. Wash. May 15, 2007). Accordingly this case is hereby STAYED and REMOVED from the Court's active caseload. The parties are directed to notify the Court in the event they wish the matter to be reopened.

DATED this 28th day of August, 2007.

MINUTE ORDER – 1

1           BRUCE RIFKIN, Clerk of Court

2

3           By  /s/ C. Ledesma
                    Deputy Clerk

26  MINUTE ORDER – 2